# EXHIBIT A



**null / ALL**
**Transmittal Number: 28647986**
**Date Processed: 03/01/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Sheryl Arneson<br>3M Company<br>3M Center<br>Bldg 220-9E-02 220-10W/F06<br>Saint Paul, MN 55144-1000 |
| **Electronic copy provided to:** | Canhnha Luu<br>Cheryl Muellner |

| | |
|---|---|
| **Entity:** | 3M Company<br>Entity ID Number  3571748 |
| **Entity Served:** | 3M Company |
| **Title of Action:** | Michael Brown vs. The 3M Company (f/k/a Minnesota Mining and Manufacturing Company) |
| **Matter Name/ID:** | Michael Brown vs. The 3M Company (f/k/a Minnesota Mining and Manufacturing Company) (15363461) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Morris County Superior Court, NJ |
| **Case/Reference No:** | MRS-L-396-24 |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 03/01/2024 |
| **Answer or Appearance Due:** | 35 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Bagolie Friedman LLC<br>201-656-8500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

CSC

## SUMMONS

Attorney(s) Bagolie-Friedman, LLC

Office Address  648 Newark Avenue

Town, State, Zip Code  Jersey City, NJ 07306

Telephone Number  (201) 656-8500

Attorney(s) for Plaintiff

Michael Brown, et al.

Plaintiff(s)

vs.

The 3M Company, et al.

Defendant(s)

**Superior Court of New Jersey**

Morris ☐ County

Law     Division

Docket No: MRS-L-396-24

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

s/Michelle M. Smith

Clerk of the Superior Court

DATED:  02/28/2024

Name of Defendant to Be Served:  3M COMPANY C/O Corporation Service Company

Address of Defendant to Be Served:  251 Little Falls Drive, Wilmington, DE 19808

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

**BAGOLIE-FRIEDMAN, LLC**
Alan T. Friedman, Esq., (I.D. #: 032931993)
648 Newark Avenue
Jersey City, NJ 07306
P: (201) 656-8500
F: (201) 656-4703
Attorneys for Plaintiffs

**STAG LIUZZA, LLC**
Michael G. Stag, Esq.
Merritt Cunningham, Esq.
365 Canal Street, # 2850
New Orleans, LA 70130
P: (504) 593-9600
F: (504) 383-9346
Attorneys for Plaintiffs

| | |
|---|---|
| MICHAEL BROWN, KENNETH ADAMS, JOHNNY ADAMS, JOHN ALBRITTON, THOMAS ALLEN, MALCOLM ALLGOOD, JOHN ALVARADO, DANIEL ANDERSON, BRADLEY ANDERSON, LARRY ANDERSON, WINFRED ANDREWS, STEPHEN ANDREWS, DAVID ARENS, TROY ARNOLD, JAMES ASHLEY, CARL ASHLINE JR., RICHARD ASKREN, DERRICK AUSTIN, CHRISTOPHER AUSTIN, JEFFERY BAILEY, RONALD BAILEY, RANDALL BAKER, THOMAS BALDESCHWIELER, RODNEY BALLARD, MICHAEL BALLS, BOBBIE BARNETT, CLARENCE BARNETT, ARNOLD BARR, ROBERT BARRY, PAUL BARTH, ROMAN BATES, WAYNE BAZEMORE, DAVID BEAD, DOUGLAS BEAM, PETER BECKWITH, DEAN BELDEN, THOMAS BELIECH, BILLY BELL, NEAL BELL, JAMES BELL, BRIAN BENNETT, MARK BERGMAN, BENNY BERNEY, WILLIAM BERRY, LEO BERUBE, STANLEY BEST, PERCY BICKERSTAFF, SAM BILBREW, DAVID BLACKWELL, MARK BLUNT, RICKEY BOULT, JACK BOW, DALE BOYER, BRUCE BRANSON, TIMOTHY BREWER, HENRY BRYANT, GARY BUNDAGE, AARON BURDEX, KIM BURKE, DAVID BURKE, | SUPERIOR COURT OF NEW JERSEY<br><br>LAW DIVISION: MORRIS COUNTY<br><br>DOCKET NO: _____<br>CIVIL ACTION<br><br>**COMPLAINT & DEMAND FOR JURY TRIAL** |

1

EDWARD BURRESS, KENNETH BUSBY, )
LESLIE BUSBY, VERNON BUTLER, )
JAMES CALANO, ARNOL CALHOUN, )
DAVID CAMPBELL, THAYER CAPT, )
EDWARD CARMAN, WILLIAM CARPENTIER, )
BRIAN CARPIO, BERNARD CARR, )
HARRY CARTER, EUGENE CASE, )
JAMES CATALANO, RICHARD CAUSEY, )
ANGELO CENTINEO, ADAM CETINSKI, )
JOHNNY CHALK, MICHAEL CHAPPELL, )
JAMES CHILDRESS, DUDLEY CHRISTIAN, )
JAMES CHUN, JAMES CICERO, )
JAMES CLEMONS, CHARLES COCHRAN, )
ROBIN COLEMAN, BENJAMIN COLEMAN, )
CHARLES CONGER, CRAIG CONROY, )
EDDIE COOK, WILLIAM COOLEY, )
RANDELL COOPER, WILLIAM COOPER, )
EDWARD COVINGTON, DARRYL W CRAUS, )
VICTOR CRAWFOOT, )
MATTHEW CRAWFORD, )
STEPHEN CROXFORD, TIMOTHY CRYER, )
LADDY CULVERHOUSE, )
WILLIE CUNNINGHAM, JR., )
PHIL CURRAN, BYRON CYPHERS, )
CARY DANNELLY, DWIGHT DAUBERMAN, )
JAMES DAVENPORT, WARREN DAVID, )
STEVEN DAVIS, CARL DEGEN, )
GEORGE DERK, MICHAEL DIAMANDIS, )
MARTIN DIAMOND, GLENN DIETZ, )
CURTIS DUKE, DAVID DUNCAN, )
DANNY DUPRE, RICHARD DYER, )
ROBERT EGAN, DENNIS EGGERT, )
ERIK EGGINS, JOHN ESPOSITO, )
FREDERICK ESPY, EARL EVANS, )
CLIFFORD FAIR, STEPHEN FANGMAN, )
RANDALL FARR, MICHAEL FERERO, )
BRYAN FITZPATRICK,HARVEY FLEMMINGS,)
DALE FLETCHER, ROBERT FOGG, )
JERRY FORD, ROOSEVELT FRANKLIN, )
FREDDY FRAS, HOZ FREITAG, )
ROY FULMER, MARK FUQUA, )
JEFFERY FURR, MELVIN GAGE, )
STEPHEN GARMAN, GERALD GELINAS, )
STEVEN GERENCSER, LARRY GIBBS, )
GARRY GIDLEY, GARY GILBY, )
DALE GILCHRIST, RICHARD GILLESPIE, )
L.B. GIRDNER, JOHN GOCEK, )

2

ABRAHAM GOLDSTEIN,                              )
ROBERT MARES GONZALES,                          )
THOMAS GOSLAWSKI, WAYNE GOULD,                  )
BENNY GRANT, JAMES GRAY,                        )
RODNEY GREEN, JOHN GREENE,                      )
EVAN GRENIER, DAVID GREWE,                      )
DAVID GRIFFIS, LARRY GROSS,                     )
JEWEL GRUNDY, HERBERT HAMILTON,                 )
MELVIN HARDY, HERMAN HARNED,                    )
CARL HARRINGTON, ANTONIO HARRIS,                )
PETER HART, RODNEY HASTIE,                      )
RUSSELL HATFIELD, MIKEAL HAWES,                 )
JOHN HAWSE, TRAVIS HEAD, SR.,                   )
GARY HEIDTBRINK, WILLIAM HERRIN,                )
JAMES HILDERBRANDT, RICHARD HILL,               )
DONALD HINSON, JAMIE HIRSCHBERGER,              )
CHARLES HOAGLAND, STEVEN HOBBS,                 )
CRAIG HOFFMAN, RAY HOH,                         )
VERNON HOLLINGSWORTH, KARYN HOLT,               )
ROBERT HOOS, HAROLD HOPKINS,                    )
NEWTON HORNE, WALTER HOUSTON,                   )
O.D. HOWARD, DANIEL HOWE,                       )
LARRY HOWELL, BOBBY HUNTER,                     )
RONALD ISOM, DAVID JACINTO,                     )
CHARLES JACKSON, EDUARDO JAIME,                 )
JEFFERY JAKELSKI, JERRY JAMES,                  )
LEROY JAMISON, RODGER JAY,                      )
ANDREW JENKINS, MARK JENKINS,                   )
CLIFFORD JOHNSON, JAMES K. JOHNSON,             )
FREDERICK JOHNSON, DAVID JOHNSON,               )
RANDY JONES, DARRELL JONES,                     )
KENNETH JORDAN, STEVEN JOYNER,                  )
SCOTT JUNG, FLAVIO JURADO,                      )
TODD KAKUDA, TONY KAPLAN,                       )
PAUL KELLEY, ROBERT KELSO,                      )
JAMES KENDRICK, LEONARD KERSHNER,               )
GARY KESLING, DAVID KEY,                        )
MICHAEL KEYSER, CHARLES KILLION,                )
JAMES KINDRED, TIMOTHY KINNIRY,                 )
PAUL KOCHIS, MICHAEL KROSSMAN,                  )
JAMES KRZYZANOWICZ,                             )
PAUL LACHAPELLE, DANIEL LADD,                   )
FRANK LAND, DAVID LANDRY,                       )
MARTY LANDRY, PAUL LANDY,                       )
ANTHONY LANE, CARL LARKINS,                     )
CHRISTOPHER LAYTON, JARED LEE,                  )
ADRIAN LEE, EDWARD LESTINA,                     )

3

GREGORY LEUER, JAMES LEWIS,                )
GEORGE LIBBEY, JEFFREY LINTZ,              )
LARRY LOCKETT, TERRY LOGAN,               )
MARK LONG, EARL LOWE,                      )
RICKY LUCAS, LARRY LUFCY,                  )
BUELL LUKER, BRIAN LUSCHEN,               )
STEVEN LUSE, NEIL LUSTEY,                  )
SCOTT MACARTHUR, JOHN MADIGAN,            )
MICHAEL MARCINIAK, EDWIN MARTIN,          )
ROBERT MASON, PETER MATHEIS,              )
ROBERT MATTHEWS, DEVAN MATTOX,            )
JOHN MAULDIN, RONALD MCBEE,               )
FRANCIS MCCARTHY, BRIAN MCDANIEL,         )
JOHN MCGOWAN, HERBERT MCINTOSH,           )
EDWARD MCKINLEY, RONALD MCLEOD,           )
BILLY MEADOWS, CARLOS MEDINA,             )
CHARLES MERRITT, JAMES METZLER,           )
WALTER MIKELL, CHARLES MILLER,            )
LARRY MILLER, JOHN MILNE,                  )
JOHN HENRY MIRELES,                        )
TERRY MIZE, ROBERT MOERER,                )
SEAN MONK, MICHAEL MONTANEZ,              )
THOMAS MOODY, JOSEPH MOORE,               )
WILLIE MOORE, JR., GREGORY MOREHEAD,      )
LOUIS MORENO, FERNANDO MORENO-SOPO,      )
CHARLES MORGAN, WILLIAM MORRIS,           )
EDDIE MORRISON, MICHAEL MUCK,             )
ROBERT MUELLER, CHARLES MURPHY,           )
TERRY MYLES, JOHANES NAKAMOTO,            )
DAVID NASH, MARK NEIMEIER,                )
RICKIE NEWBOLT, WILLIAM NEWCOME,          )
DANIEL NIGHTINGALE, EARL NORTHCUTT,       )
MICHAEL ODOM, RICHARD OFFUTT,             )
JOHN OSTRANDER, JERRY OTTO,               )
RONALD OULETTE, DEXTER OWENS,             )
PRESTON OWENS, DANNY OWENS,               )
RANDOLPH PALERMO, LEROY PALMER,           )
GENE PAPPAS, DAVID PARK,                   )
ROBERT PARKER, ROY PARKER,                 )
GARY PARROTT, DARRYL PATTERSON,           )
ROBERT PATTERSON, LUIS PEDROZA,           )
LARRY PEOPLES, DAVID PETERSON,            )
LEVESTER PETTIGREW, KEITH PILLICH,        )
STEVEN PLAUCHE, MARTIN PORATH,            )
DANIEL POTRATZ, ROGER POTTER,             )
DEREK POTTER, FRED PREVO,                  )
THOMAS PRICE, DONNIE PROCTOR,             )

4

ROBERT PULLINS, WINFIELD PURCHASE,    )
RICHARD PUSTKA, JOSE QUEZADA,    )
JEFF RADER, DAVID RADFORD,    )
GARY RAFTER,  BEN RAMIREZ,    )
JAMES RANDOLPH, CLAYTON RAPIER,    )
JOSEPH RAYNOR, JOSEPH REIF,    )
STEVEN RESNICK, BARRY RHOADS,    )
BILL RICE, DOUGLES RICHEY,    )
MELVIN RICHMOND, DAVID RICHMOND,    )
CARL RICOTTA, BENITO RIOS,    )
RONALD ROBISON, MICHAEL RODARMEL,    )
GEORGE ROLLINS, MARK ROLON,    )
MICHEAL ROSLER, JODY ROUP,    )
JUAN SALAS, JOSE SALAZAR,    )
JAMES SALMON, ALEJANDRO SANDOVAL,    )
ANDRE SANFORD, GERALD SASLAW,    )
DOLLIE SAWYER, CLIFFORD SCHAEFER,    )
CLIFFORD SCHEEL, CARL SEXTON,    )
JESSE SHACKLEFORD,    )
THOMAS SHEFCHUNAS,    )
THOMAS SHORES, MARK SICKING,    )
ROCKY SILVA, LARRY SIMMONS,    )
ROBERT SIRMANS, WILLIAM SLEEPER,    )
KEVIN SMITH, DAVID SMITH,    )
JERRY SMITH, JAMES R. SMITH,    )
IRVIN SMITH, JAMES SMITH,    )
JAMES L. SMITH, DANIEL SMITH,    )
FREDRICK SOUZA, TODD SPEERS,    )
LARRY SPRIGGS, MARK SPYTEK,    )
MICHAEL STAUFFER, JACKIE STEELMAN,    )
VINCENT STEPHENS, RALPH STEWART,    )
DAVID STINNETT, DAVID L. STINNETT,    )
JAY STRACNER,    )
KENNETH STRECK, STEPHEN STRICKLAND, )
ELLIOTT STURM, LEE SUTTON,    )
CHARLES SWANSON, GARY SWITZER,    )
VINCENT TAGLIERI, DARWYN TAYLOR,    )
JOHN TAYLOR, DONALD TAYLOR,    )
DAVID THACKER, CHARLES THOMAS,    )
DAVID THOMAS, GERALD THOMPSON,    )
MICHAEL TILLMAN, DUDLEY TOSSIN,    )
FREDERICK TROMANS JR.,    )
STANLEY TRZEBUNIAK, BRENDAN TUCKER,)
CHARLES TUCKER, LARRY TURNER,    )
ANDRE VALENTINE, JAMES VANSKIVER,    )
DANIEL VAUGHAN, ANTHONY VENTI,    )
CHARLES VIDRINE, RONALD WAGNER,    )

5

CARRINGTON WALDROP II, PAUL WALSH,      )
JOHN WALSH, RICHARD WASHINGTON,          )
DAVID WELCH, BRUCE WEST,                 )
JOHN WESTERMEYER, JOHN WHITE,            )
CHRISTOPHER WHITFIELD,                   )
BRADFORD WHITSON, ERIK WIENER,          )
MARK WILHELM, MARK WILKINSON,            )
TRACY WILKINSON, TERRY WILKS,            )
RICHARD WILLIAMS, KELLY WILLIS,          )
WALTER WILLIS, WESLEY WILSEY,            )
DWIGHT WING, DARRELL WINN,               )
ALLEN WINTERS,                           )
RALPH WOODS, RODERICK WOODS,             )
WILLIE WOODS, HERBERT YOUNG,             )
EDWIN YUNGLING, LEON ZAIGER,             )
WAYNE ZIMMER, BRENT ZUMBRO,              )
                                         )
Plaintiffs,                              )
                                         )
v.                                       )
                                         )
THE 3M COMPANY (f/k/a Minnesota Mining   )
and Manufacturing Company);              )
AGC CHEMICALS AMERICAS INC.;             )
AMEREX CORP; ARCHROMA U.S.               )
INC.; ARKEMA, INC.; BASF CORP.;          )
BUCKEYE FIRE EQUIPMENT CO.;              )
CARRIER GLOBAL CORP.; CHEMDESIGN         )
PRODUCTS, INC.;  CHEMGUARD, INC.;        )
CHEMICALS, INC.; THE CHEMOURS CO.;       )
CHEMOURS COMPANY FC, LLC;                )
CHUBB FIRE, LTD.; CLARIANT CORP.;        )
CORTEVA, INC.; DEEPWATER                 )
CHEMICALS, INC., DU PONT DE              )
NEMOURS, INC.; DYNAX CORP.,              )
E.I. DU PONT DE NEMOURS AND              )
COMPANY, KIDDE PLC, INC.,                )
NATION FORD CHEMICAL CO.,                )
NATIONAL FOAM, INC.,                     )
TYCO FIRE PRODUCTS LP,                   )
UNITED TECHNOLOGIES CORP.,               )
UTC FIRE &  SECURITY AMERICAS,           )
CORP., ALLSTAR FIRE EQUIPMENT,           )
FIRE-DEX, LLC, GLOBE                      )

6

MANUFACTURING CO., LLC,                    )
HONEYWELL SAFETY PRODUCTS USA,             )
INC., LION GROUP, INC., MALLORY            )
SAFETY AND SUPPLY,  LLC,                   )
MINE SAFETY APPLIANCES CO.,  LLC,          )
MUNICIPAL EMERGENCY SERVICES,              )
INC., PBI PERFORMANCE PRODUCTS,            )
INC., SOUTHERN MILLS, INC.,                )
STEDFAST USA, INC., W.L. GORE &            )
ASSOCIATES INC.,                           )
                                           )
Defendants.                                )

## COMPLAINT

COME NOW, Plaintiffs, by and through undersigned counsel, and allege upon information and belief as follows:

## INTRODUCTION

1.      Plaintiffs bring this action for damages for personal injury resulting from exposure to aqueous film-forming foams ("AFFF") and firefighter turnout gear ("TOG") containing the toxic chemicals collectively known as per and polyfluoroalkyl substances ("PFAS"). PFAS includes, but is not limited to, perfluorooctanoic acid ("PFOA") and perfluorooctane sulfonic acid ("PFOS") and related chemicals including those that degrade to PFOA and/or PFOS.

2.      AFFF is a specialized substance designed to extinguish petroleum-based fires. It has been used for decades by military and civilian firefighters to extinguish fires in training and in response to Class B fires.

3.      TOG is personal protective equipment designed for heat and moisture resistance in order to protect firefighters in hazardous situations. Most turnout gear is made up of a thermal liner, moisture barrier, and an outer layer. The inner layers contain PFAS, and the outer layer is often treated with additional PFAS.

4.      Defendants collectively designed, marketed, developed, manufactured, distributed,

7

released, trained users, produced instructional materials, promoted, sold, and/or otherwise released into the stream of commerce AFFF or TOG with knowledge that it contained highly toxic and bio persistent PFAS, which would expose end users of the product to the risks associated with PFAS. Further, defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF or TOG which contained PFAS for use in firefighting.

5.    PFAS binds to proteins in the blood of humans exposed to the material and remains and persists over long periods of time. Due to their unique chemical structure, PFAS accumulates in the blood and body of exposed individuals.

6.    PFAS are highly toxic and carcinogenic chemicals. Defendants knew, or should have known, that PFAS remain in the human body while presenting significant health risks to humans.

7.    Defendants' PFAS-containing AFFF or TOG products were used by Plaintiffs in their intended manner, without significant change in the products' condition. Plaintiffs were unaware of the dangerous properties of Defendants' AFFF or TOG products and relied on Defendants' instructions as to the proper handling of the products. Plaintiffs' consumption, inhalation and/or dermal absorption of PFAS from Defendant's AFFF or TOG products caused Plaintiffs to develop the serious medical conditions and complications alleged herein.

8.    Through this action, Plaintiffs seek to recover compensatory and punitive damages arising out of the permanent and significant damages sustained as a direct result of exposure to Defendants' AFFF or TOG products or water contaminated with PFAS from Defendants' AFFF or TOG products at various locations during the course of Plaintiffs' training and firefighting activities. Plaintiffs further seek injunctive, equitable, and declaratory relief arising from the same.

8

## JURISDICTION AND VENUE

9.      Defendants are subject to the jurisdiction of this Court on the grounds that (a) one or more Defendants is a foreign corporation whose principal place of business is located in the State of New Jersey; (b) one or more Defendants is a foreign corporation that either are registered to conduct business in the State of New Jersey and have actually transacted business in New Jersey; and/or (c) one or more Defendants is a domestic corporation native to the State of New Jersey.

10.     Venue is proper pursuant to R. 4:3-2 as the causes of action arose in this county.

11.     Joinder of all parties is proper pursuant to R. 4:29-1. Defendants are permissively joined in this action because the exposure, injuries, and relief requested all arise out of or in respect of the same transaction, occurrence, or series of transactions or occurrences, and involves questions of law or fact common to all parties.

## PARTIES

12.     Plaintiff Michael Brown is a resident and citizen of Atco, New Jersey. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

13.     Plaintiff Michael Brown was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

14.     Plaintiff Kenneth Adams is a resident and citizen of Waxhaw, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

15.     Plaintiff Kenneth Adams was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

16.     Plaintiff Johnny Adams is a resident and citizen of Bartlett, Tennessee. Plaintiff regularly

9

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

17.    Plaintiff Johnny Adams was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

18.    Plaintiff John Albritton is a resident and citizen of Scottsboro, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

19.    Plaintiff John Albritton was diagnosed with prostate cancer and colon cancer as a result of exposure to Defendants' AFFF or TOG products.

20.    Plaintiff Thomas Allen is a resident and citizen of Yucaipa, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

21.    Plaintiff Thomas Allen was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

22.    Plaintiff Malcolm Allgood is a resident and citizen of Texas City, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

23.    Plaintiff Malcolm Allgood was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

24.    Plaintiff John Alvarado is a resident and citizen of San Antonio, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

25.    Plaintiff John Alvarado was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

26.     Plaintiff Daniel Anderson is a resident and citizen of Goodyear, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

27.     Plaintiff Daniel Anderson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

28.     Plaintiff Bradley Anderson is a resident and citizen of Oceanside, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

29.     Plaintiff Bradley Anderson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

30.     Plaintiff Larry Anderson is a resident and citizen of Dexter, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

31.     Plaintiff Larry Anderson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

32.     Plaintiff Winfred Andrews is a resident and citizen of Macon, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

33.     Plaintiff Winfred Andrews was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

34.     Plaintiff Stephen Andrews is a resident and citizen of Chapel Hill, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

35.     Plaintiff Stephen Andrews was diagnosed with non- Hodgkin's lymphoma as a result of

11

exposure to Defendants' AFFF or TOG products.

36.    Plaintiff David Arens is a resident and citizen of Fort Worth, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

37.    Plaintiff David Arens was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

38.    Plaintiff Troy Arnold is a resident and citizen of Chickasha, Oklahoma. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

39.    Plaintiff Troy Arnold was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

40.    Plaintiff James Ashley is a resident and citizen of Naples, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

41.    Plaintiff James Ashley was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

42.    Plaintiff Carl Ashline, Jr. is a resident and citizen of Peru, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

43.    Plaintiff Carl Ashline, Jr. was diagnosed with pancreatic cancer as a result of exposure to Defendants' AFFF or TOG products.

44.    Plaintiff Richard Askren is a resident and citizen of Grant, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

12

45.     Plaintiff Richard Askren was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

46.     Plaintiff Derrick Austin is a resident and citizen of Indianapolis, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

47.     Plaintiff Derrick Austin was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

48.     Plaintiff Christopher Austin is a resident and citizen of Dayton, Nevada. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

49.     Plaintiff Christopher Austin was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

50.     Plaintiff Jeffery Bailey is a resident and citizen of Randolph, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

51.     Plaintiff Jeffery Bailey was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

52.     Plaintiff Ronald Bailey is a resident and citizen of Richlands, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

53.     Plaintiff Ronald Bailey was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

54.     Plaintiff Randall Baker is a resident and citizen of Lynnville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during

13

his working career as a military and/or civilian firefighter.

55. Plaintiff Randall Baker was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

56. Plaintiff Thomas Baldeschwieler is a resident and citizen of Ocala, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

57. Plaintiff Thomas Baldeschwieler was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

58. Plaintiff Rodney Ballard is a resident and citizen of Haymarket, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

59. Plaintiff Rodney Ballard was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

60. Plaintiff Michael Balls is a resident and citizen of Saginaw, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

61. Plaintiff Michael Balls was diagnosed with prostate cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

62. Plaintiff Bobbie Barnett is a resident and citizen of Bowling Green, Ohio. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

63. Plaintiff Bobbie Barnett was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

64. Plaintiff Clarence Barnett is a resident and citizen of Reedsville, Ohio. Plaintiff regularly

14

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

65. Plaintiff Clarence Barnett was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

66. Plaintiff Arnold Barr is a resident and citizen of Dysart, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

67. Plaintiff Arnold Barr was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

68. Plaintiff Robert Barry is a resident and citizen of Bremerton, Washington. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

69. Plaintiff Robert Barry was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

70. Plaintiff Paul Barth is a resident and citizen of Louisville, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

71. Plaintiff Paul Barth was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

72. Plaintiff Roman Bates is a resident and citizen of Baton Rouge, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

73. Plaintiff Roman Bates was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

74.    Plaintiff Wayne Bazemore is a resident and citizen of Dickinson, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

75.    Plaintiff Wayne Bazemore was diagnosed with prostate cancer and colon cancer as a result of exposure to Defendants' AFFF or TOG products.

76.    Plaintiff David Bead is a resident and citizen of Los Angeles, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

77.    Plaintiff David Bead was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

78.    Plaintiff Douglas Beam is a resident and citizen of Phoenix, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

79.    Plaintiff Douglas Beam was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

80.    Plaintiff Peter Beckwith is a resident and citizen of Adelanto, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

81.    Plaintiff Peter Beckwith was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

82.    Plaintiff Dean Belden is a resident and citizen of Dothan, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

83.    Plaintiff Dean Belden was diagnosed with prostate cancer as a result of exposure to

16

Defendants' AFFF or TOG products.

84.    Plaintiff Thomas Beliech is a resident and citizen of Reeds Spring, Missouro. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

85.    Plaintiff Thomas Beliech was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

86.    Plaintiff Billy Bell is a resident and citizen of Lancaster, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

87.    Plaintiff Billy Bell was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

88.    Plaintiff Neal Bell is a resident and citizen of Jacksonville, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

89.    Plaintiff Neal Bell was diagnosed with kidney cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

90.    Plaintiff James Bell is a resident and citizen of Queen City, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

91.    Plaintiff James Bell was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

92.    Plaintiff Brian Bennett is a resident and citizen of Wilmington, Delaware. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

17

93. Plaintiff Brian Bennett was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

94. Plaintiff Mark Bergman is a resident and citizen of Dayton, Ohio. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

95. Plaintiff Mark Bergman was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

96. Plaintiff Benny Berney is a resident and citizen of Riner, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

97. Plaintiff Benny Berney was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

98. Plaintiff William Berry is a resident and citizen of Philadelphia, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

99. Plaintiff William Berry was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

100. Plaintiff Leo Berube is a resident and citizen of Brooklyn, Connecticut. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

101. Plaintiff Leo Berube was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

102. Plaintiff Stanley Best is a resident and citizen of Raleigh, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during

18

his working career as a military and/or civilian firefighter.

103.  Plaintiff Stanley Best was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

104.  Plaintiff Percy Bickerstaff is a resident and citizen of Los Angeles, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

105.  Plaintiff Percy Bickerstaff was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

106.  Plaintiff Sam Bilbrew is a resident and citizen of Laurel, Mississippi. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

107.  Plaintiff Sam Bilbrew was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

108.  Plaintiff David Blackwell is a resident and citizen of Asheville, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

109.  Plaintiff David Blackwell was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

110.  Plaintiff Mark Blunt is a resident and citizen of Maringouin, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

111.  Plaintiff Mark Blunt was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

112.  Plaintiff Rickey Boult is a resident and citizen of Virginia Beach, Virginia. Plaintiff

regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

113.    Plaintiff Rickey Boult was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

114.    Plaintiff Jack Bow is a resident and citizen of Indianapolis, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

115.    Plaintiff Jack Bow was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

116.    Plaintiff Dale Boyer is a resident and citizen of Tazewell, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

117.    Plaintiff Dale Boyer was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

118.    Plaintiff Bruce Branson is a resident and citizen of Mexico, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

119.    Plaintiff Bruce Branson was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

120.    Plaintiff Timothy Brewer is a resident and citizen of Buckeye, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

121.    Plaintiff Timothy Brewer was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

20

122. Plaintiff Henry Bryant is a resident and citizen of Dublin, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

123. Plaintiff Henry Bryant was diagnosed with prostate cancer and kidney disease as a result of exposure to Defendants' AFFF or TOG products.

124. Plaintiff Gary Bundage is a resident and citizen of Houston, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

125. Plaintiff Gary Bundage was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

126. Plaintiff Aaron Burdex is a resident and citizen of Chickasha, Oklahoma. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

127. Plaintiff Aaron Burdex was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

128. Plaintiff Kim Burke is a resident and citizen of Indian Hills, Colorado. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

129. Plaintiff Kim Burke was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

130. Plaintiff David Burke is a resident and citizen of Bloomington, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

131. Plaintiff David Burke was diagnosed with prostate cancer as a result of exposure to

21

Defendants' AFFF or TOG products.

132.    Plaintiff Edward Burress is a resident and citizen of Andersonville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

133.    Plaintiff Edward Burress was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

134.    Plaintiff Kenneth Busby is a resident and citizen of Millsboro, Delaware. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

135.    Plaintiff Kenneth Busby was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

136.    Plaintiff Leslie Busby is a resident and citizen of Houston, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

137.    Plaintiff Leslie Busby was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

138.    Plaintiff Vernon Butler is a resident and citizen of Suffolk, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

139.    Plaintiff Vernon Butler was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

140.    Plaintiff James Calano is a resident and citizen of New Rochelle, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

22

141. Plaintiff James Calano was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

142. Plaintiff Arnol Calhoun is a resident and citizen of Orlando, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

143. Plaintiff Arnol Calhoun was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

144. Plaintiff David Campbell is a resident and citizen of Galax, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

145. Plaintiff David Campbell was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

146. Plaintiff Thayer Capt is a resident and citizen of Glendora, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

147. Plaintiff Thayer Capt was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

148. Plaintiff Edward Carman is a resident and citizen of Calhoun, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

149. Plaintiff Edward Carman was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

150. Plaintiff William Carpentier is a resident and citizen of Queens, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish

fires during his working career as a military and/or civilian firefighter.

151. Plaintiff William Carpentier was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

152. Plaintiff Brian Carpio is a resident and citizen of Columbia, Maryland. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

153. Plaintiff Brian Carpio was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

154. Plaintiff Bernard Carr is a resident and citizen of Bushnell, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

155. Plaintiff Bernard Carr was diagnosed with liver cancer as a result of exposure to Defendants' AFFF or TOG products.

156. Plaintiff Harry Carter is a resident and citizen of Chesapeake, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

157. Plaintiff Harry Carter was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

158. Plaintiff Eugene Case is a resident and citizen of Fallbrook, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

159. Plaintiff Eugene Case was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

160. Plaintiff James Catalano is a resident and citizen of San Ramon, California. Plaintiff

24

regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

161.    Plaintiff James Catalano was diagnosed with kidney cancer and leukemia as a result of exposure to Defendants' AFFF or TOG products.

162.    Plaintiff Richard Causey is a resident and citizen of Conway, South Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

163.    Plaintiff Richard Causey was diagnosed with liver cancer as a result of exposure to Defendants' AFFF or TOG products.

164.    Plaintiff Angelo Centineo is a resident and citizen of Sarasota, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

165.    Plaintiff Angelo Centineo was diagnosed with prostate cancer and JS 2021 as a result of exposure to Defendants' AFFF or TOG products.

166.    Plaintiff Adam Cetinski is a resident and citizen of Portland, Oregon. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

167.    Plaintiff Adam Cetinsk was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

168.    Plaintiff Johnny Chalk is a resident and citizen of Akota, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

169.    Plaintiff Johnny Chalk was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

25

170. Plaintiff Michael Chappell is a resident and citizen of Albany, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

171. Plaintiff Michael Chappell was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

172. Plaintiff James Childress is a resident and citizen of Big Island, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

173. Plaintiff James Childress was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

174. Plaintiff Dudley Christian is a resident and citizen of Montgomery, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

175. Plaintiff Dudley Christian was diagnosed with pancreatic cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

176. Plaintiff James Chun is a resident and citizen of Mililani, Hawaii. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

177. Plaintiff James Chun was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

178. Plaintiff James Cicero is a resident and citizen of Boulder Creek, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

179. Plaintiff James Cicero was diagnosed with prostate cancer as a result of exposure to

26

Defendants' AFFF or TOG products.

180.    Plaintiff James Clemons is a resident and citizen of Stafford, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

181.    Plaintiff James Clemons was diagnosed with prostate cancer and non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

182.    Plaintiff Charles Cochran is a resident and citizen of Elkins, Arkansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

183.    Plaintiff Charles Cochran was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

184.    Plaintiff Robin Coleman is a resident and citizen of Phoenix, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

185.    Plaintiff Robin Coleman was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

186.    Plaintiff Benjamin Coleman is a resident and citizen of Highland, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

187.    Plaintiff Benjamin Coleman was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

188.    Plaintiff Charles Conger is a resident and citizen of Williamsburg, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

27

189.   Plaintiff Charles Conger was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

190.   Plaintiff Craig Conroy is a resident and citizen of Pittsburgh, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

191.   Plaintiff Craig Conroy was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

192.   Plaintiff Eddie Cook is a resident and citizen of Goodlettsville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

193.   Plaintiff Eddie Cook was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

194.   Plaintiff William Cooley is a resident and citizen of Santa Fe, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

195.   Plaintiff William Cooley was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

196.   Plaintiff Randell Cooper is a resident and citizen of Birmingham, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

197.   Plaintiff Randell Cooper was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

198.   Plaintiff William Cooper is a resident and citizen of Plainfield, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during

his working career as a military and/or civilian firefighter.

199. Plaintiff William Cooper was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

200. Plaintiff Edward Covington is a resident and citizen of Memphis, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

201. Plaintiff Edward Covington was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

202. Plaintiff Darryl W. Craus is a resident and citizen of Village Mills, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

203. Plaintiff Darryl W. Craus was diagnosed with non-Hodgkin's lymphoma cancer as a result of exposure to Defendants' AFFF or TOG products.

204. Plaintiff Victor Crawfoot is a resident and citizen of Disputanta, Virginia Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

205. Plaintiff Victor Crawfoot was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

206. Plaintiff Matthew Crawford is a resident and citizen of San Antonio, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

207. Plaintiff Matthew Crawford was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

208. Plaintiff Stephen Croxford is a resident and citizen of Titusville, Connecticut. Plaintiff

regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

209. Plaintiff Stephen Croxford was diagnosed with prostate cancer and liver cancer as a result of exposure to Defendants' AFFF or TOG products.

210. Plaintiff Timothy Cryer is a resident and citizen of Lake Charles, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

211. Plaintiff Timothy Cryer was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

212. Plaintiff Laddy Culverhouse is a resident and citizen of Enterprise, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

213. Plaintiff Laddy Culverhouse was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

214. Plaintiff Willie Cunningham, Jr. is a resident and citizen of Irvine, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

215. Plaintiff Willie Cunningham, Jr. was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

216. Plaintiff Phil Curran is a resident and citizen of Duxbury, Massachusetts. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

217. Plaintiff Phil Curran was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

218.    Plaintiff Byron Cyphers is a resident and citizen of Poulsbo, Washington. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

219.    Plaintiff Byron Cyphers was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

220.    Plaintiff Cary Dannelly is a resident and citizen of Christina, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

221.    Plaintiff Cary Dannelly was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

222.    Plaintiff Dwight Dauberman is a resident and citizen of Muncy, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

223.    Plaintiff Dwight Dauberman was diagnosed with pancreatic cancer as a result of exposure to Defendants' AFFF or TOG products.

224.    Plaintiff James Davenport is a resident and citizen of Greenville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

225.    Plaintiff James Davenport was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

226.    Plaintiff Warren David is a resident and citizen of Richmond, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

227.    Plaintiff Warren David was diagnosed with prostate cancer as a result of exposure to

Defendants' AFFF or TOG products.

228.    Plaintiff Steven Davis is a resident and citizen of Markham, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

229.    Plaintiff Steven Davis was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

230.    Plaintiff Carl Degan is a resident and citizen of Houston, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

231.    Plaintiff Carl Degan was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

232.    Plaintiff George Derk is a resident and citizen of Shamokin Dam, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

233.    Plaintiff George Derk was diagnosed with kidney cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

234.    Plaintiff Michael Diamandis is a resident and citizen of Evans City, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

235.    Plaintiff Michael Diamandis was diagnosed with prostate cancer and colon cancer as a result of exposure to Defendants' AFFF or TOG products.

236.    Plaintiff Martin Diamond is a resident and citizen of Davie, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

32

237. Plaintiff Martin Diamond was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

238. Plaintiff Glenn Dietz is a resident and citizen of Apatche Junction, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

239. Plaintiff Glenn Dietz was diagnosed with kidney cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

240. Plaintiff Curtis Duke is a resident and citizen of Calhoun, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

241. Plaintiff Curtis Duke was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

242. Plaintiff David Duncan is a resident and citizen of Rockville, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

243. Plaintiff David Duncan was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

244. Plaintiff Danny Dupre is a resident and citizen of Vinton, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

245. Plaintiff Danny Dupre was diagnosed with ulcerative colitis a result of exposure to Defendants' AFFF or TOG products.

246. Plaintiff Richard Dyer is a resident and citizen of Portsmouth, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during

his working career as a military and/or civilian firefighter.

247.    Plaintiff Richard Dyer was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

248.    Plaintiff Robert Egan is a resident and citizen of Roseville, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

249.    Plaintiff Robert Egan was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

250.    Plaintiff Dennis Eggert is a resident and citizen of McMinnville, Tennessee Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

251.    Plaintiff Dennis Eggert was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

252.    Plaintiff Eric Eggins is a resident and citizen of Richmond, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

253.    Plaintiff Eric Eggins was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

254.    Plaintiff John Esposito is a resident and citizen of Shirley, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

255.    Plaintiff John Esposito was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

256.    Plaintiff Frederick Espy is a resident and citizen of Decatur, Georgia. Plaintiff regularly

34

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

257.  Plaintiff Frederick Espy was diagnosed with pancreatic cancer as a result of exposure to Defendants' AFFF or TOG products.

258.  Plaintiff Earl Evans is a resident and citizen of Florian, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

259.  Plaintiff Earl Evans was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

260.  Plaintiff Clifford Fair is a resident and citizen of Henderson, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

261.  Plaintiff Clifford Fair was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

262.  Plaintiff Stephen Fangman is a resident and citizen of Elkton, Maryland. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

263.  Plaintiff Stephen Fangman was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

264.  Plaintiff Randall Farr is a resident and citizen of Maryville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

265.  Plaintiff Randall Farr was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

266.    Plaintiff Michael Ferero is a resident and citizen of Oregon City, Oregon. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

267.    Plaintiff Michael Ferero was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

268.    Plaintiff Bryan Fitzpatrick is a resident and citizen of Jefferson, New Jersey. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

269.    Plaintiff Bryan Fitzpatrick was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

270.    Plaintiff Harvey Flemmings is a resident and citizen of Jacksonville, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

271.    Plaintiff Harvey Flemmings was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

272.    Plaintiff Dale Fletcher is a resident and citizen of Erin, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

273.    Plaintiff Dale Fletcher was diagnosed with kidney cancer and thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

274.    Plaintiff Robert Fogg is a resident and citizen of Park City, Kansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

275.    Plaintiff Robert Fogg was diagnosed with thyroid cancer as a result of exposure to

Defendants' AFFF or TOG products.

276.    Plaintiff Jerry Ford is a resident and citizen of Houston, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

277.    Plaintiff Jerry Ford was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

278.    Plaintiff Roosevelt Franklin is a resident and citizen of Jacksonville, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

279.    Plaintiff Roosevelt Franklin was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

280.    Plaintiff Fredd Fras is a resident and citizen of New York City, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

281.    Plaintiff Freddy Fras was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

282.    Plaintiff Hoz Freitag is a resident and citizen of Quemado, New Mexico. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

283.    Plaintiff Hoz Freitag was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

284.    Plaintiff Roy Fulmer is a resident and citizen of Ivenhoe, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

285. Plaintiff Roy Fulmer was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

286. Plaintiff Mark Fuqua is a resident and citizen of Burlington, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

287. Plaintiff Mark Fuqua was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

288. Plaintiff Jeffery Furr is a resident and citizen of Gainesville, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

289. Plaintiff Jeffery Furr was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

290. Plaintiff Melvin Gage is a resident and citizen of Avondale, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

291. Plaintiff Melvin Gage was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

292. Plaintiff Stephen Garmen is a resident and citizen of Woodstock, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

293. Plaintiff Stephen Garmen was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

294. Plaintiff Gerald Gelinas is a resident and citizen of Beverly Hills, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish

fires during his working career as a military and/or civilian firefighter.

295.   Plaintiff Gerald Gelinas was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

296.   Plaintiff Steven Gerencser is a resident and citizen of Farmington, New Mexico. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

297.   Plaintiff Steven Gerencser was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

298.   Plaintiff Larry Gibbs is a resident and citizen of Princeton, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

299.   Plaintiff Larry Gibbs was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

300.   Plaintiff Garry Gidley is a resident and citizen of Hokes, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

301.   Plaintiff Garry Gidley was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

302.   Plaintiff Gary Gilby is a resident and citizen of McKinney, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

303.   Plaintiff Gary Gilby was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

304.   Plaintiff Dale Gilchrist is a resident and citizen of Hampshire, Tennessee. Plaintiff

regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

305.    Plaintiff Dale Gilchrist was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

306.    Plaintiff Richard Gillespie is a resident and citizen of Carlin, Nevada. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

307.    Plaintiff Richard Gillespie was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

308.    Plaintiff L.B. Girdner is a resident and citizen of Sperry, Oklahoma. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

309.    Plaintiff L.B. Girdner was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

310.    Plaintiff John Gocek is a resident and citizen of Gainesville, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

311.    Plaintiff John Gocek was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

312.    Plaintiff Abraham Goldstein is a resident and citizen of Virginia Beach, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

313.    Plaintiff Abraham Goldstein was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

40

314. Plaintiff Robert Mares Gonzales is a resident and citizen of Houston, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

315. Plaintiff Robert Mares Gonzales was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

316. Plaintiff Thomas Goslawski is a resident and citizen of Oak Lawn, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

317. Plaintiff Thomas Goslawski was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

318. Plaintiff Wayne Gould is a resident and citizen of Seal Beach, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

319. Plaintiff Wayne Gould was diagnosed with kidney cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

320. Plaintiff Benny Grant is a resident and citizen of Knoxville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

321. Plaintiff Benny Grant was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

322. Plaintiff James Gray is a resident and citizen of Beattyville, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

323. Plaintiff James Gray was diagnosed with thyroid disease as a result of exposure to

41

Defendants' AFFF or TOG products.

324. Plaintiff Rodney Green is a resident and citizen of Virginia Beach, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

325. Plaintiff Rodney Green was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

326. Plaintiff John Greene is a resident and citizen of Huntsville, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

327. Plaintiff John Greene was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

328. Plaintiff Evan Grenier is a resident and citizen of Holland Patent, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

329. Plaintiff Evan Grenier was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

330. Plaintiff David Grewe is a resident and citizen of Madison, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

331. Plaintiff David Grewe was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

332. Plaintiff David Griffis is a resident and citizen of Silsbee, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

333. Plaintiff David Griffis was diagnosed with bladder cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

334. Plaintiff Larry Gross is a resident and citizen of Three Forks, Montana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

335. Plaintiff Larry Gross was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

336. Plaintiff Jewel Grundy is a resident and citizen of Los Angeles, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

337. Plaintiff Jewel Grundy was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

338. Plaintiff Herbert Hamilton is a resident and citizen of Houston, Mississippi. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

339. Plaintiff Herbert Hamilton was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

340. Plaintiff Melvin Hardy is a resident and citizen of Indianapolis, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

341. Plaintiff Melvin Hardy was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

342. Plaintiff Herman Harned is a resident and citizen of Hopkinsville, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish

fires during his working career as a military and/or civilian firefighter.

343.    Plaintiff Herman Harned was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

344.    Plaintiff Carl Harrington is a resident and citizen of Picayune, Mississippi. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

345.    Plaintiff Carl Harrington was diagnosed with prostate cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

346.    Plaintiff Antonio Harris is a resident and citizen of Holly Springs Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

347.    Plaintiff Adam Hudmon was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

348.    Plaintiff Peter Hart is a resident and citizen of Phippsburg, Maine. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

349.    Plaintiff Peter Hart was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

350.    Plaintiff Rodney Hastie is a resident and citizen of Ogden, Utah. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

351.    Plaintiff Rodney Hastie was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

352.    Plaintiff Russell Hatfield is a resident and citizen of Lemoore, California. Plaintiff regularly

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

353.   Plaintiff Russell Hatfield was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

354.   Plaintiff Mikeal Hawes is a resident and citizen of Deer River, Minnesota. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

355.   Plaintiff Mikeal Hawes was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

356.   Plaintiff John Hawse is a resident and citizen of Winchester, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

357.   Plaintiff John Hawse was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

358.   Plaintiff Travis Head, Sr. is a resident and citizen of Powder Springs, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

359.   Plaintiff Travis Head, Sr. was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

360.   Plaintiff Gary Heidtbrink is a resident and citizen of Malcolm, Nebraska. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

361.   Plaintiff Gary Heidtbrink was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

45

362.  Plaintiff William Herrin is a resident and citizen of Fort Myers, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

363.  Plaintiff William Herrin was diagnosed with non- Hodgkin;s lymphoma as a result of exposure to Defendants' AFFF or TOG products.

364.  Plaintiff James Hilderbrandt is a resident and citizen of Lindsey, Oklahoma. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

365.  Plaintiff James Hilderbrandt was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

366.  Plaintiff Richard Hill is a resident and citizen of Texarkana, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

367.  Plaintiff Richard Hill was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

368.  Plaintiff Donald Hinson is a resident and citizen of Greenville, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

369.  Plaintiff Donald Hinson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

370.  Plaintiff Jamie Hirschberger is a resident and citizen of Lancaster, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

371.  Plaintiff Jamie Hirschberger was diagnosed with kidney cancer as a result of exposure to

46

Defendants' AFFF or TOG products.

372.    Plaintiff Charles Hoagland is a resident and citizen of McQueeney, Texas.. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

373.    Plaintiff Charles Hoagland was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

374.    Plaintiff Steven Hobbs is a resident and citizen of Silver Spring, Maryland. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

375.    Plaintiff Steven Hobbs was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

376.    Plaintiff Craig Hoffman is a resident and citizen of Fayetteville, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

377.    Plaintiff Craig Hoffman was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

378.    Plaintiff Ray Hoh is a resident and citizen of Floral City, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

379.    Plaintiff Ray Hoh was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

380.    Plaintiff Vernon Hollingsworth is a resident and citizen of Wharton, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

381.     Plaintiff Vernon Hollingsworth was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

382.     Plaintiff Karyn Holt is a resident and citizen of Little Rock, Arkansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

383.     Plaintiff Karyn Holt was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

384.     Plaintiff Robert Hoos is a resident and citizen of Arlington Heights, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

385.     Plaintiff Robert Hoos was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

386.     Plaintiff Harold Hopkins is a resident and citizen of Tallahassee, Florida Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to exatinguish fires during his working career as a military and/or civilian firefighter.

387.     Plaintiff Harold Hopkins was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

388.     Plaintiff Newton Horne is a resident and citizen of Ruston, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

389.     Plaintiff Newton Horne was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

390.     Plaintiff Walter Houston is a resident and citizen of Patterson, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish

fires during his working career as a military and/or civilian firefighter.

391. Plaintiff Walter Houston was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

392. Plaintiff O.D. Howard is a resident and citizen of Indianapolis, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

393. Plaintiff O.D. Howard was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

394. Plaintiff Daniel Howe is a resident and citizen of Evart, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

395. Plaintiff Daniel Howe was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

396. Plaintiff Larry Howell is a resident and citizen of Brewton, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

397. Plaintiff Larry Howell was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

398. Plaintiff Bobby Hunter is a resident and citizen of San Antonio, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

399. Plaintiff Bobby Hunter was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

400. Plaintiff Ronald Isom is a resident and citizen of Vale, North Carolina. Plaintiff regularly

49

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

401. Plaintiff Ronald Isom was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

402. Plaintiff David Jacinto is a resident and citizen of Imperial Beach, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

403. Plaintiff David Jacinto was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

404. Plaintiff Charles Jackson is a resident and citizen of New Orleans, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

405. Plaintiff Charles Jackson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

406. Plaintiff Eduardo Jaime is a resident and citizen of Laredo, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

407. Plaintiff Eduardo Jaime was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

408. Plaintiff Jeffery Jakelski is a resident and citizen of Middle River, Maryland. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

409. Plaintiff Jeffery Jakelski was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

50

410.   Plaintiff Jerry James is a resident and citizen of Pine Bluff, Arkansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

411.   Plaintiff Jerry James was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

412.   Plaintiff Leroy Jamison is a resident and citizen of Montgomery, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

413.   Plaintiff Leroy Jamison was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

414.   Plaintiff Rodger Jay is a resident and citizen of Panama City, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

415.   Plaintiff Rodger Jay was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

416.   Plaintiff Andrew Jenkins is a resident and citizen of Augusta, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

417.   Plaintiff Andrew Jenkins was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

418.   Plaintiff Mark Jenkins is a resident and citizen of Northlake, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

419.   Plaintiff Mark Jenkins was diagnosed with prostate cancer as a result of exposure to

51

Defendants' AFFF or TOG products.

420.    Plaintiff Clifford Johnson is a resident and citizen of Los Angeles, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

421.    Plaintiff Clifford Johnson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

422.    Plaintiff James K. Johnson is a resident and citizen of Pensacola, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

423.    Plaintiff James K. Johnson was diagnosed with liver cancer and colon cancer as a result of exposure to Defendants' AFFF or TOG products.

424.    Plaintiff Frederick Johnson is a resident and citizen of Tampa, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

425.    Plaintiff Frederick Johnson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

426.    Plaintiff David Johnson is a resident and citizen of Lawrenceburg, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

427.    Plaintiff David Johnson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

428.    Plaintiff Randy Jones is a resident and citizen of Snellville, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

429.   Plaintiff Randy Jones was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

430.   Plaintiff Darrell Jones is a resident and citizen of Elizabethton, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

431.   Plaintiff Darrell Jones was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

432.   Plaintiff Kenneth Jordan is a resident and citizen of Mason, Ohio. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

433.   Plaintiff Kenneth Jordan was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

434.   Plaintiff Steven Joyner is a resident and citizen of Savannah, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

435.   Plaintiff Steven Joyner was diagnosed with prostate cancer and kidney disease as a result of exposure to Defendants' AFFF or TOG products.

436.   Plaintiff Scott Jung is a resident and citizen of Land O' Lakes, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

437.   Plaintiff Scott Jung was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

438.   Plaintiff Flavio Jurado is a resident and citizen of Edinburg, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his

53

working career as a military and/or civilian firefighter.

439.    Plaintiff Flavio Jurado was diagnosed with kidney cancer, prostate cancer, and thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

440.    Plaintiff Todd Kakuda is a resident and citizen of Rochester, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

441.    Plaintiff Todd Kakuda was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

442.    Plaintiff Tony Kaplan is a resident and citizen of Volcano, Hawaii. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

443.    Plaintiff Tony Kaplan was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

444.    Plaintiff Paul Kelley is a resident and citizen of Apple Valley, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

445.    Plaintiff Paul Kelley was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

446.    Plaintiff Robert Kelso is a resident and citizen of Oregon City, Oregon. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

447.    Plaintiff Robert Kelso was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

448.    Plaintiff James Kendrick is a resident and citizen of Grant, Alabama. Plaintiff regularly

54

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

449. Plaintiff James Kendrick was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

450. Plaintiff Leonard Kershner is a resident and citizen of Surprise, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

451. Plaintiff Leonard Kershner was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

452. Plaintiff Gary Kesling is a resident and citizen of Ashland, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

453. Plaintiff Gary Kesling was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

454. Plaintiff David Key is a resident and citizen of Newport News, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

455. Plaintiff David Key was diagnosed with ulcerative colitis and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

456. Plaintiff Michael Keyser is a resident and citizen of Humble, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

457. Plaintiff Michael Keyser was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

458. Plaintiff Charles Killion is a resident and citizen of Lawrenceburg, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

459. Plaintiff Charles Killion was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

460. Plaintiff James Kindred is a resident and citizen of Gig Harbor, Washington. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

461. Plaintiff James Kindred was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

462. Plaintiff Timothy Kinniry is a resident and citizen of Waterville, Minnesota. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

463. Plaintiff Timothy Kinniry was diagnosed with pancreatic cancer as a result of exposure to Defendants' AFFF or TOG products.

464. Plaintiff Paul Kochis is a resident and citizen of Vestal, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

465. Plaintiff Paul Kochis was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

466. Plaintiff Michael Krossman is a resident and citizen of Orlando, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

467. Plaintiff Michael Krossman was diagnosed with prostate cancer as a result of exposure to

Defendants' AFFF or TOG products.

468.     Plaintiff James Krzyzanowicz is a resident and citizen of Dunkirk, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

469.     Plaintiff James Krzyzanowicz was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

470.     Plaintiff Paul Lachapelle is a resident and citizen of Danielson, Connecticut. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

471.     Plaintiff Paul Lachapelle was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

472.     Plaintiff Daniel Ladd is a resident and citizen of Austin, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

473.     Plaintiff Daniel Ladd was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

474.     Plaintiff Frank Land is a resident and citizen of Okatie, South Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

475.     Plaintiff Frank Land was diagnosed with prostate cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

476.     Plaintiff David Landry is a resident and citizen of. Belle Rose, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

477. Plaintiff David Landry was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

478. Plaintiff Marty Landry is a resident and citizen of Iowa, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

479. Plaintiff Marty Landry was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

480. Plaintiff Paul Landy is a resident and citizen of Tampa, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

481. Plaintiff Paul Landy was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

482. Plaintiff Anthony Lane is a resident and citizen of Piper City, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

483. Plaintiff Anthony Lane was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

484. Plaintiff Carl Larkins is a resident and citizen of Manteca, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

485. Plaintiff Carl Larkins was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

486. Plaintiff Christopher Layton is a resident and citizen of Waukegan, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish

fires during his working career as a military and/or civilian firefighter.

487.    Plaintiff Christopher Layton was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

488.    Plaintiff Jared Lee is a resident and citizen of Brunswick, Ohio. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

489.    Plaintiff Jared Lee was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

490.    Plaintiff Adrian Lee is a resident and citizen of Richmond, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

491.    Plaintiff Adrian Lee was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

492.    Plaintiff Edward Lestina is a resident and citizen of Braidwood, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

493.    Plaintiff Edward Lestina was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

494.    Plaintiff Gregory Leuer is a resident and citizen of Delano, Minnesota. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

495.    Plaintiff Gregory Leuer was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

496.    Plaintiff James Lewis is a resident and citizen of Three Rivers, California. Plaintiff

regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

497.     Plaintiff James Lewis was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

498.     Plaintiff George Libbey is a resident and citizen of Fulton, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

499.     Plaintiff George Libbey was diagnosed with prostate cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

500.     Plaintiff Jeffrey Lintz is a resident and citizen of Blaine, Washington. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

501.     Plaintiff Jeffrey Lintz was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

502.     Plaintiff Larry Lockett is a resident and citizen of Crowley, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

503.     Plaintiff Larry Lockett was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

504.     Plaintiff Terry Logan is a resident and citizen of Oberlin, Ohio. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

505.     Plaintiff Terry Logan was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

506.  Plaintiff Mark Long is a resident and citizen of Martinsville, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

507.  Plaintiff Mark Long was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

508.  Plaintiff Earl Lowe is a resident and citizen of Albuquerque, New Mexico. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

509.  Plaintiff Earl Lowe was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

510.  Plaintiff Ricky Lucas is a resident and citizen of Irvington, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

511.  Plaintiff Ricky Lucas was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

512.  Plaintiff Larry Lufcy is a resident and citizen of Millington, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

513.  Plaintiff Larry Lufcy was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

514.  Plaintiff Buell Luker is a resident and citizen of Terrell, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

515.  Plaintiff Buell Luker was diagnosed with prostate cancer as a result of exposure to

Defendants' AFFF or TOG products.

516.    Plaintiff Brian Luschen is a resident and citizen of Endicott, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

517.    Plaintiff Brian Luschen was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

518.    Plaintiff Steven Luse is a resident and citizen of Flowery Branch, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

519.    Plaintiff Steven Luse was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

520.    Plaintiff Neil Lustey is a resident and citizen of Salem, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

521.    Plaintiff Neil Lustey was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

522.    Plaintiff Scott MacArthur is a resident and citizen of Monroe, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

523.    Plaintiff Scott MacArthur was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

524.    Plaintiff John Madigan is a resident and citizen of Copperas Cove, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

525.    Plaintiff John Madigan was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

526.    Plaintiff Michael Marciniak is a resident and citizen of Belvidere, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

527.    Plaintiff Michael Marciniak was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

528.    Plaintiff Edwin Martin is a resident and citizen of Wabash, Indinana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

529.    Plaintiff Edwin Martin was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

530.    Plaintiff Robert Mason is a resident and citizen of Avon, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

531.    Plaintiff Robert Mason was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

532.    Plaintiff Peter Matheis is a resident and citizen of Fairbanks, Alaska. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

533.    Plaintiff Peter Matheis was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

534.    Plaintiff Robert Matthews is a resident and citizen of Haines City, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish

fires during his working career as a military and/or civilian firefighter.

535.   Plaintiff Robert Matthews was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

536.   Plaintiff Devan Mattox is a resident and citizen of Georgetown, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

537.   Plaintiff Devan Mattox was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

538.   Plaintiff John Mauldin is a resident and citizen of Pikeville, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

539.   Plaintiff John Mauldin was diagnosed with kidney cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

540.   Plaintiff Ronald McBee is a resident and citizen of Winchester, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

541.   Plaintiff  Ronald McBee was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

542.   Plaintiff Francis McCarthy is a resident and citizen of North Bellmore, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

543.   Plaintiff Francis McCarthy was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

544.   Plaintiff Brian McDaniel is a resident and citizen of Davis, Oklahoma. Plaintiff regularly

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

545.  Plaintiff Brian McDaniel was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

546.  Plaintiff John McGowan is a resident and citizen of Webster, Massachusetts. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

547.  Plaintiff John McGowan was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

548.  Plaintiff Herbert McIntosh is a resident and citizen of Little Rock, Arkansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

549.  Plaintiff Herbert McIntosh was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

550.  Plaintiff Edward McKinley is a resident and citizen of Ludowici, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

551.  Plaintiff Edward McKinley was diagnosed with pancreatic cancer as a result of exposure to Defendants' AFFF or TOG products.

552.  Plaintiff Ronald McLeod is a resident and citizen of Coats, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

553.  Plaintiff Ronald McLeod was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

554.     Plaintiff Billy Meadows is a resident and citizen of Glen Lyn, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

555.     Plaintiff Billy Meadows was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

556.     Plaintiff Carlos Medina is a resident and citizen of Chicago, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

557.     Plaintiff Carlos Medina was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

558.     Plaintiff Charles Merritt is a resident and citizen of Coal City, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

559.     Plaintiff Charles Merritt was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

560.     Plaintiff James Metzler is a resident and citizen of Longmeadow, Massachusetts. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

561.     Plaintiff James Metzler was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

562.     Plaintiff Walter Mikell is a resident and citizen of Brooklet, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

563.     Plaintiff Walter Mikell was diagnosed with kidney cancer and prostate cancer as a result of

exposure to Defendants' AFFF or TOG products.

564.     Plaintiff Larry Miller is a resident and citizen of Lake Charles, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

565.     Plaintiff Larry Miller was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

566.     Plaintiff Charles Miller is a resident and citizen of Phoenix, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

567.     Plaintiff Charles Miller diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

568.     Plaintiff John Milne is a resident and citizen of Freehold, New Jersey. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

569.     Plaintiff John Milne was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

570.     Plaintiff John Henry Mireles is a resident and citizen of San Antonio, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

571.     Plaintiff John Henry Mireles was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

572.     Plaintiff Terry Mize is a resident and citizen of Gainesville, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

573. Plaintiff Terry Mize was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

574. Plaintiff Robert Moerer is a resident and citizen of Arlington, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

575. Plaintiff Robert Moerer was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

576. Plaintiff Sean Monk is a resident and citizen of Medford, Oregon. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

577. Plaintiff Sean Monk diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

578. Plaintiff Michael Montanez is a resident and citizen of Tempe, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

579. Plaintiff Michael Montanez was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

580. Plaintiff Thomas Moody is a resident and citizen of Charlevoix, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

581. Plaintiff Thomas Moody was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

582. Plaintiff Joseph Moore is a resident and citizen of Santa Fe, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his

68

working career as a military and/or civilian firefighter.

583. Plaintiff Joseph Moore was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

584. Plaintiff Willie Moore, Jr. is a resident and citizen of Prattville, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

585. Plaintiff Willie Moore, Jr. was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

586. Plaintiff Gregory Morehead is a resident and citizen of Nashville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

587. Plaintiff Gregory Morehead was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

588. Plaintiff Louis Moreno is a resident and citizen of Houston, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

589. Plaintiff Louis Moreno was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

590. Plaintiff Fernando Moreno-Sopo is a resident and citizen of Tucson, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

591. Plaintiff Fernando Moreno-Sopo was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

592. Plaintiff Charles Morgan is a resident and citizen of Madison, Alabama. Plaintiff regularly

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

593.    Plaintiff Charles Morgan was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

594.    Plaintiff William Morris is a resident and citizen of Cypress, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

595.    Plaintiff  William Morris was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

596.    Plaintiff Eddie Morrison is a resident and citizen of Jacksonville, Arkansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

597.    Plaintiff Eddie Morrison was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

598.    Plaintiff Michael Muck is a resident and citizen of Little River, South Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

599.    Plaintiff Michael Muck was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

600.    Plaintiff Robert Mueller is a resident and citizen of Somerset, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

601.    Plaintiff Robert Mueller was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

602. Plaintiff Charles Murphy is a resident and citizen of Campbellsville, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

603. Plaintiff Charles Murphy was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

604. Plaintiff Terry Myles is a resident and citizen of Indianapolis, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

605. Plaintiff Terry Myles was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

606. Plaintiff Johanes Nakamoto is a resident and citizen of Denver, Colorado. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

607. Plaintiff Johanes Nakamoto was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

608. Plaintiff David Nash is a resident and citizen of Texas City, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

609. Plaintiff David Nash was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

610. Plaintiff Mark Neimeier is a resident and citizen of Portland, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

611. Plaintiff Mark Neimeier was diagnosed with testicular cancer as a result of exposure to

71

Defendants' AFFF or TOG products.

612. Plaintiff Rickie Newbolt is a resident and citizen of Valley, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

613. Plaintiff Rickie Newbolt was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

614. Plaintiff William Newcome is a resident and citizen of Dickinson, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

615. Plaintiff William Newcome was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

616. Plaintiff Daniel Nightingale is a resident and citizen of Charlotte, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

617. Plaintiff Daniel Nightingale was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

618. Plaintiff Earl Northcutt is a resident and citizen of Union, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

619. Plaintiff Earl Northcutt was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

620. Plaintiff Michael Odom is a resident and citizen of Semmes, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

621.    Plaintiff Michael Odom was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

622.    Plaintiff Richard Offutt is a resident and citizen of Jacksonville, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

623.    Plaintiff Richard Offutt was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

624.    Plaintiff John Ostrander is a resident and citizen of Tyler, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

625.    Plaintiff John Ostrander was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

626.    Plaintiff Jerry Otto is a resident and citizen of Boise, Idaho. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

627.    Plaintiff Jerry Otto was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

628.    Plaintiff Ronald Oulette is a resident and citizen of Yakima, Washington. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

629.    Plaintiff Ronald Oulette was diagnosed with liver cancer as a result of exposure to Defendants' AFFF or TOG products.

630.    Plaintiff Dexter Owens is a resident and citizen of Tehachapi, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during

his working career as a military and/or civilian firefighter.

631.   Plaintiff Dexter Owens was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

632.   Plaintiff Preston Owens is a resident and citizen of York, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

633.   Plaintiff Preston Owens was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

634.   Plaintiff Danny Owens is a resident and citizen of Grand Saline. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

635.   Plaintiff Danny Owens was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

636.   Plaintiff Randolph Palermo is a resident and citizen of Melbourne, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

637.   Plaintiff Randolph Palermo was diagnosed with pancreatic cancer as a result of exposure to Defendants' AFFF or TOG products.

638.   Plaintiff Leroy Palmer is a resident and citizen of Vancouver, Washington. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

639.   Plaintiff Leroy Palmer was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

640.   Plaintiff Gene Pappas is a resident and citizen of Granbury, Texas. Plaintiff regularly used,

74

and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

641. Plaintiff Gene Pappas was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

642. Plaintiff David Park is a resident and citizen of Skidmore, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

643. Plaintiff David Park was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

644. Plaintiff Robert Parker is a resident and citizen of Beaumont, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

645. Plaintiff Robert Parker was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

646. Plaintiff Roy Parker is a resident and citizen of Whitesburg, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

647. Plaintiff Roy Parker was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

648. Plaintiff Gary Parrott is a resident and citizen of Alpharetta, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

649. Plaintiff Gary Parrott was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

650. Plaintiff Darryl Patterson is a resident and citizen of Powder Springs, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

651. Plaintiff Darryl Patterson was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

652. Plaintiff Robert Patterson is a resident and citizen of Philadelphia, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

653. Plaintiff Robert Patterson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

654. Plaintiff Luis Pedroza is a resident and citizen of Las Vegas, Nevada. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

655. Plaintiff Luis Pedroza was diagnosed with kidney cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

656. Plaintiff Larry Peoples is a resident and citizen of Fort Worth, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

657. Plaintiff Larry Peoples was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

658. Plaintiff David Peterson is a resident and citizen of Wetumpka, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

659. Plaintiff David Peterson was diagnosed with non-Hodgkin's lymphoma as a result of

76

exposure to Defendants' AFFF or TOG products.

660.   Plaintiff Levester Pettigrew is a resident and citizen of Summerville, South Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

661.   Plaintiff Levester Pettigrew was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

662.   Plaintiff Keith Pillich is a resident and citizen of Buffalo, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

663.   Plaintiff Keith Pillich was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

664.   Plaintiff Steven Plauche is a resident and citizen of Destrehan, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

665.   Plaintiff Steven Plauche was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

666.   Plaintiff Martin Porath is a resident and citizen of Pocatello, Idaho. Plaintiff is a resident and citizen of . Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

667.   Plaintiff Martin Porath was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

668.   Plaintiff Daniel Potratz is a resident and citizen of Elkgrove, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

77

669.    Plaintiff Daniel Potratz was diagnosed with pancreatic cancer as a result of exposure to Defendants' AFFF or TOG products.

670.    Plaintiff Roger Potter is a resident and citizen of Granbury, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

671.    Plaintiff Roger Potter was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

672.    Plaintiff Derek Potter is a resident and citizen of Poynette, Wisconsin. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

673.    Plaintiff Derek Potter was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

674.    Plaintiff Fred Prevo is a resident and citizen of Flint, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

675.    Plaintiff Fred Prevo was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

676.    Plaintiff Thomas Price is a resident and citizen of Moseley, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

677.    Plaintiff Thomas Price was diagnosed with liver cancer as a result of exposure to Defendants' AFFF or TOG products.

678.    Plaintiff Donnie Proctor is a resident and citizen of Elm City, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish

fires during his working career as a military and/or civilian firefighter.

679. Plaintiff Donnie Proctor was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

680. Plaintiff Robert Pullins is a resident and citizen of Chesapeake, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

681. Plaintiff Robert Pullins was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

682. Plaintiff Winfield Purchase is a resident and citizen of Bliss, Idaho. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

683. Plaintiff Winfield Purchase was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

684. Plaintiff Richard Pustka is a resident and citizen of Lenexa, Kansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

685. Plaintiff Richard Pustka was diagnosed with prostate cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

686. Plaintiff Jose Quezada is a resident and citizen of El Paso, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

687. Plaintiff Jose Quezada was diagnosed with liver cancer as a result of exposure to Defendants' AFFF or TOG products.

688. Plaintiff Jeff Rader is a resident and citizen of Portland, Oregon. Plaintiff regularly used,

and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

689.    Plaintiff Jeff Rader was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

690.    Plaintiff David Radford is a resident and citizen of Indianapolis, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

691.    Plaintiff David Radford was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

692.    Plaintiff Gary Rafter is a resident and citizen of Virginia Beach, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

693.    Plaintiff Gary Rafter was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

694.    Plaintiff Ben Ramirez is a resident and citizen of Pasadena, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

695.    Plaintiff Ben Ramirez was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

696.    Plaintiff James Randolph is a resident and citizen of Las Vegas, Nevada. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

697.    Plaintiff James Randolph was diagnosed with kidney cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

698.    Plaintiff Clayton Rapier is a resident and citizen of Lansing, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

699.    Plaintiff Clayton Rapier was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

700.    Plaintiff Joseph Raynor is a resident and citizen of Wading River, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

701.    Plaintiff Joseph Raynor was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

702.    Plaintiff Joseph Reif is a resident and citizen of Lakeview, Oregon. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

703.    Plaintiff Joseph Reif was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

704.    Plaintiff Steven Resnick is a resident and citizen of Prescott Valley, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

705.    Plaintiff Steven Resnick was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

706.    Plaintiff Barry Rhoads is a resident and citizen of Hopkinsville, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

707.    Plaintiff Barry Rhoads was diagnosed with liver cancer as a result of exposure to

Defendants' AFFF or TOG products.

708.    Plaintiff Bill Rice is a resident and citizen of Klamath Falls, Oregon. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

709.    Plaintiff Bill Rice was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

710.    Plaintiff Douglas Richey is a resident and citizen of El Dorado, Kansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

711.    Plaintiff Douglas Richey was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

712.    Plaintiff Melvin Richmond is a resident and citizen of Pensacola, FLorida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

713.    Plaintiff Melvin Richmond was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

714.    Plaintiff David Richmond is a resident and citizen of Niles, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

715.    Plaintiff David Richmond was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

716.    Plaintiff Carl Ricotta is a resident and citizen of Buffalo, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

717. Plaintiff Carl Ricotta was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

718. Plaintiff Benito Rios is a resident and citizen of Robstown, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

719. Plaintiff Benito Rios was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

720. Plaintiff Ronald Robison is a resident and citizen of Carrollton, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

721. Plaintiff Ronald Robison was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

722. Plaintiff Michael Rodarmel is a resident and citizen of Hanford, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

723. Plaintiff Michael Rodarmel was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

724. Plaintiff George Rollins is a resident and citizen of Marion, Wisconsin. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

725. Plaintiff George Rollins was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

726. Plaintiff Mark Rolon is a resident and citizen of Inwood, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during

83

his working career as a military and/or civilian firefighter.

727.    Plaintiff Mark Rolon was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

728.    Plaintiff Michael Rosler is a resident and citizen of Clayton, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

729.    Plaintiff Michael Rosler was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

730.    Plaintiff Jody Roup is a resident and citizen of Danville, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

731.    Plaintiff Jody Roup was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

732.    Plaintiff Juan Salas is a resident and citizen of Los Lunas, New Mexico. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

733.    Plaintiff Juan Salas was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

734.    Plaintiff Jose Salazar is a resident and citizen of Las Vegas, New Mexico. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

735.    Plaintiff Jose Salazar was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

736.    Plaintiff James Salmon is a resident and citizen of Forney, Texas. Plaintiff regularly used,

84

and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

737. Plaintiff James Salmon was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

738. Plaintiff Alejandro Sandoval is a resident and citizen of. Fort Worth, Texas Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

739. Plaintiff Alejandro Sandova was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

740. Plaintiff Andre Sanford is a resident and citizen of Redford Charter, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

741. Plaintiff Andre Sanford was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

742. Plaintiff Gerald Saslaw is a resident and citizen of Micco, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

743. Plaintiff Gerald Saslaw was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

744. Plaintiff Dollie Sawyer is a resident and citizen of Texas City, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

745. Plaintiff Dollie Sawyer was diagnosed with thyroid disease as a result of exposure to Defendants' AFFF or TOG products.

746.   Plaintiff Clifford Schaefer is a resident and citizen of. Granite City, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

747.   Plaintiff Clifford Schaefer was diagnosed with testicular cancer and kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

748.   Plaintiff Clifford Scheel is a resident and citizen of. La Vista, Nebraska Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

749.   Plaintiff Clifford Scheel was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

750.   Plaintiff Carl Sexton is a resident and citizen of Crossville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

751.   Plaintiff Carl Sexton was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

752.   Plaintiff Jesse Shackleford is a resident and citizen of. Alum Bridge, West Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

753.   Plaintiff Jesse Shackleford was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

754.   Plaintiff Thomas Shefchunas is a resident and citizen of Cumming, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

755.   Plaintiff Thomas Shefchunas was diagnosed with prostate cancer as a result of exposure to

86

Defendants' AFFF or TOG products.

756.     Plaintiff Thomas Shores is a resident and citizen of Sewanee, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

757.     Plaintiff Thomas Shores was diagnosed with thyroid cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

758.     Plaintiff Mark Sicking is a resident and citizen of Sunman, Indiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

759.     Plaintiff Mark Sicking was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

760.     Plaintiff Rocky Silva is a resident and citizen of Ewa Beach, Hawaii. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

761.     Plaintiff Rocky Silva was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

762.     Plaintiff Larry Simmons is a resident and citizen of Rockville, Illinois. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

763.     Plaintiff Larry Simmons was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

764.     Plaintiff Robert Sirmans is a resident and citizen of North Pole, Alaska. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

765.    Plaintiff Robert Sirmans was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

766.    Plaintiff William Sleeper is a resident and citizen of Bandera, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

767.    Plaintiff William Sleeper was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

768.    Plaintiff Kevin Smith is a resident and citizen of New Orleans. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

769.    Plaintiff Kevin Smith was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

770.    Plaintiff David Smith is a resident and citizen of Salem, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

771.    Plaintiff David Smith was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

772.    Plaintiff Jerry Smith is a resident and citizen of Opp, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

773.    Plaintiff Jerry Smith was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

774.    Plaintiff James R. Smith is a resident and citizen of Orange Park, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during

his working career as a military and/or civilian firefighter.

775. Plaintiff James R. Smith was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

776. Plaintiff Irvin Smith is a resident and citizen of. Gaithersburg, Maryland. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

777. Plaintiff Irvin Smith was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

778. Plaintiff James Smith is a resident and citizen of Riverdale, Maryland. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

779. Plaintiff James Smith was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

780. Plaintiff James L. Smith is a resident and citizen of Cheboygan, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

781. Plaintiff James L. Smith was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

782. Plaintiff Daniel Smith is a resident and citizen of Kalispell, Montana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

783. Plaintiff Daniel Smith was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

784. Plaintiff Fredrick Souza is a resident and citizen of Mililani, Hawaii. Plaintiff regularly

used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

785. Plaintiff Fredrick Souza was diagnosed with liver cancer as a result of exposure to Defendants' AFFF or TOG products.

786. Plaintiff Todd Speers is a resident and citizen of Hemet, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

787. Plaintiff Todd Speers was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

788. Plaintiff Larry Spriggs is a resident and citizen of Shapleigh, Maine. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

789. Plaintiff Larry Spriggs was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

790. Plaintiff Mark Spytek is a resident and citizen of Seguin, Texas . Plaintiff is a resident and citizen of. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

791. Plaintiff Mark Spytek was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

792. Plaintiff Michael Stauffer is a resident and citizen of New Providence, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

793. Plaintiff Michael Stauffer was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

794.    Plaintiff Jackie Steelman is a resident and citizen of London, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

795.    Plaintiff Jackie Steelman was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

796.    Plaintiff Vincent Stephens is a resident and citizen of The Villages, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

797.    Plaintiff Vincent Stephens was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

798.    Plaintiff Ralph Stewart is a resident and citizen of. Gloversville, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

799.    Plaintiff Ralph Stewart was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

800.    Plaintiff David Stinnett is a resident and citizen of Bedford, New Hampshire. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

801.    Plaintiff David Stinnett was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

802.    Plaintiff David L. Stinnett is a resident and citizen of McMinnville, Oregon. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

803.    Plaintiff David L. Stinnett was diagnosed with prostate cancer as a result of exposure to

Defendants' AFFF or TOG products.

804.    Plaintiff Jay Stracner is a resident and citizen of Winchester, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

805.    Plaintiff Jay Stracner was diagnosed with thyroid disease and thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

806.    Plaintiff Kenneth Streck is a resident and citizen of York, Maine. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

807.    Plaintiff Kenneth Streck was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

808.    Plaintiff Stephen Strickland is a resident and citizen of Port Orchard, Washington. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

809.    Plaintiff Stephen Strickland was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

810.    Plaintiff Elliott Sturm is a resident and citizen of Douglas, Michigan. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

811.    Plaintiff Elliott Sturm was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

812.    Plaintiff Lee Sutton is a resident and citizen of Naples, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

813.     Plaintiff Lee Sutton was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

814.     Plaintiff Charles Swanson is a resident and citizen of Gerry, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

815.     Plaintiff Charles Swanson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

816.     Plaintiff Gary Switzer is a resident and citizen of Gonzales, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

817.     Plaintiff Gary Switzer was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

818.     Plaintiff Vincent Taglieri is a resident and citizen of Stony Point, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

819.     Plaintiff Vincent Taglieri was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

820.     Plaintiff Darwyn Taylor is a resident and citizen of Union City, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

821.     Plaintiff Darwyn Taylor was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

822.     Plaintiff John Taylor is a resident and citizen of Palmyra, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his

working career as a military and/or civilian firefighter.

823. Plaintiff John Taylor was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

824. Plaintiff Donald Taylor is a resident and citizen of Dry Fork, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

825. Plaintiff Donald Taylor was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

826. Plaintiff David Thacker is a resident and citizen of Van, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

827. Plaintiff David Thacker was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

828. Plaintiff Charles Thomas is a resident and citizen of Yucaipa, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

829. Plaintiff Charles Thomas was diagnosed with prostate cancer and breast cancer as a result of exposure to Defendants' AFFF or TOG products.

830. Plaintiff David Thomas is a resident and citizen of San Antonio, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

831. Plaintiff David Thompson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

832. Plaintiff Gerald Thompson is a resident and citizen of Waycross, Georgia. Plaintiff

regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

833.  Plaintiff Gerald Thompson was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

834.  Plaintiff Michael Tillman is a resident and citizen of Boca Raton, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

835.  Plaintiff Michael Tillman was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

836.  Plaintiff Dudley Tossin is a resident and citizen of Springdale, Arkansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

837.  Plaintiff Dudley Tossin was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

838.  Plaintiff Frederick Tromans, Jr. is a resident and citizen of Hammonton, New Jersey. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

839.  Plaintiff Frederick Tromans, Jr. was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

840.  Plaintiff Stanley Trzebuniak is a resident and citizen of Kissimmee, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

841.  Plaintiff Stanley Trzebuniak was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

842.    Plaintiff Brendan Tucker is a resident and citizen of Newton, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

843.    Plaintiff Brendan Tucker was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

844.    Plaintiff Charles Tucker is a resident and citizen of Tuscaloosa, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

845.    Plaintiff Charles Tucker was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

846.    Plaintiff Larry Turner is a resident and citizen of Byram, Mississippi. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

847.    Plaintiff Larry Turner was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

848.    Plaintiff Andre Valentine is a resident and citizen of Lenoir City, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

849.    Plaintiff Andre Valentine was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

850.    Plaintiff James VanSkiver is a resident and citizen of Etowah, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

851.    Plaintiff James VanSkiver was diagnosed with non-Hodgkin's lymphoma and leukemia as

96

a result of exposure to Defendants' AFFF or TOG products.

852.    Plaintiff Daniel Vaughan is a resident and citizen of Wurtsboro, New York. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

853.    Plaintiff Daniel Vaughan was diagnosed with kidney cancer and bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

854.    Plaintiff Anthony Venti is a resident and citizen of La Verne, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

855.    Plaintiff Anthony Venti was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

856.    Plaintiff Charles Vidrine is a resident and citizen of Lake Charles, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

857.    Plaintiff Charles Vidrine was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

858.    Plaintiff Ronald Wagner is a resident and citizen of Wilmington, Delaware. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

859.    Plaintiff Ronald Wagner was diagnosed with kidney cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

860.    Plaintiff Carrington Waldrop, II is a resident and citizen of Mechanicsville, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

861.    Plaintiff Carrington Waldrop, II was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

862.    Plaintiff Paul Walsh is a resident and citizen of Kensington, Connecticut. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

863.    Plaintiff Paul Walsh was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

864.    Plaintiff John Walsh is a resident and citizen of Newington, Connecticut. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

865.    Plaintiff John Walsh was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

866.    Plaintiff Richard Washington is a resident and citizen of Englewood, New Jersey. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

867.    Plaintiff Richard Washington was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

868.    Plaintiff David Welch is a resident and citizen of Duluth, Minnesota. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

869.    Plaintiff David Welch was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

870.    Plaintiff Bruce West is a resident and citizen of Princeton, Minnesota. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during

his working career as a military and/or civilian firefighter.

871.    Plaintiff Bruce West was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

872.    Plaintiff John Westermeyer is a resident and citizen of Bellevue, Kentucky. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

873.    Plaintiff John Westermeyer was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

874.    Plaintiff John White is a resident and citizen of Covington, Georgia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

875.    Plaintiff John White was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

876.    Plaintiff Christopher Whitfield is a resident and citizen of Quincy, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

877.    Plaintiff Christopher Whitfield was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

878.    Plaintiff Bradford Whitson is a resident and citizen of Rogersville, Tennessee. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

879.    Plaintiff Bradford Whitson was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

880.    Plaintiff Erik Wiener is a resident and citizen of Wailuku, Hawaii. Plaintiff regularly used,

and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

881.    Plaintiff Erik Wiener was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

882.    Plaintiff Mark Wilhelm is a resident and citizen of Cincinnati, Ohio. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

883.    Plaintiff Mark Wilhelm was diagnosed with ulcerative colitis as a result of exposure to Defendants' AFFF or TOG products.

884.    Plaintiff Mark Wilkinson is a resident and citizen of Parker, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

885.    Plaintiff Mark Wilkinson was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

886.    Plaintiff Tracy Wilkinson is a resident and citizen of Seattle, Washington. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

887.    Plaintiff Tracy Wilkinson was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

888.    Plaintiff Terry Wilks is a resident and citizen of Geneva, Alabama. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

889.    Plaintiff Terry Wilks was diagnosed with prostate cancer and colon cancer as a result of exposure to Defendants' AFFF or TOG products.

890.    Plaintiff Richard Williams is a resident and citizen of Westlake, Louisiana. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

891.    Plaintiff Richard Williams was diagnosed with prostate cancer and non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

892.    Plaintiff Kelly Willis is a resident and citizen of Mount Home, Idaho. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

893.    Plaintiff Kelly Willis was diagnosed with testicular cancer as a result of exposure to Defendants' AFFF or TOG products.

894.    Plaintiff Walter Willis is a resident and citizen of Chesapeake, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

895.    Plaintiff Walter Willis was diagnosed with kidney cancer as a result of exposure to Defendants' AFFF or TOG products.

896.    Plaintiff Wesley Wilsey is a resident and citizen of Queen Creek, Arizona. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

897.    Plaintiff Wesley Wilsey was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

898.    Plaintiff Dwight Wing is a resident and citizen of El Sobrante, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

899.    Plaintiff Dwight Wing was diagnosed with bladder cancer as a result of exposure to

101

Defendants' AFFF or TOG products.

900.   Plaintiff Darrell Winn is a resident and citizen of Portsmouth, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

901.   Plaintiff Darrell Winn was diagnosed with non-Hodgkin's lymphoma as a result of exposure to Defendants' AFFF or TOG products.

902.   Plaintiff Allen Winters is a resident and citizen of Greenville, North Carolina. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

903.   Plaintiff Allen WInters was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

904.   Plaintiff Ralph Woods is a resident and citizen of EL Dorado, Arkansas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

905.   Plaintiff Ralph Woods was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

906.   Plaintiff Roderick Woods is a resident and citizen of Nolanville, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

907.   Plaintiff Roderick Woods was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

908.   Plaintiff Willie Woods is a resident and citizen of Dallas, Texas. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

909. Plaintiff Willie Woods was diagnosed with pancreatic cancer and prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

910. Plaintiff Herbert Young is a resident and citizen of Philadelphia, Pennsylvania. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

911. Plaintiff Herbert Young was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

912. Plaintiff Edward Yungling is a resident and citizen of Wilton, California. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

913. Plaintiff Edward Yungling was diagnosed with bladder cancer as a result of exposure to Defendants' AFFF or TOG products.

914. Plaintiff Leon Zaiger is a resident and citizen of Council Bluffs, Iowa. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

915. Plaintiff Leon Zaiger was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

916. Plaintiff Wayne Zimmer is a resident and citizen of Ocala, Florida. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish fires during his working career as a military and/or civilian firefighter.

917. Plaintiff Wayne Zimmer was diagnosed with thyroid cancer as a result of exposure to Defendants' AFFF or TOG products.

918. Plaintiff Brent Zumbro is a resident and citizen of Virginia Beach, Virginia. Plaintiff regularly used, and was thereby directly exposed to, AFFF and TOG in training and to extinguish

103

fires during his working career as a military and/or civilian firefighter.

919. Plaintiff Brent Zumbro was diagnosed with prostate cancer as a result of exposure to Defendants' AFFF or TOG products.

920. Defendants are designers, marketers, developers, manufacturers, distributors, releasers, instructors, promotors and sellers of PFAS-containing AFFF products or underlying PFAS containing chemicals used in AFFF production, or PFAS containing turnout gear or underlying PFAS containing chemicals used in turnout gear production. The following Defendants, at all times relevant to this lawsuit, manufactured, designed, marketed, distributed, released, instructed, promoted and/or otherwise sold (directly or indirectly) PFAS-containing AFFF or TOG products to various locations for use in fighting Class B fires such that each Defendant knew or should have known said products would be delivered to areas for active use by Plaintiffs during the course of training and firefighting activities.

921. Defendant, 3M Company, f/k/a Minnesota Mining and Manufacturing Company, ("3M"), is a Delaware corporation and does business throughout the United States. 3M has its principal place of business at 3M Center, St. Paul, Minnesota 55133.

922. 3M designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

923. Defendant AGC Chemicals Americas, Inc. ("AGC") is a Delaware corporation and does business throughout the United States. AGC has its principal place of business at 55 E. Uwchlan

Ave., Suite 201, Exton, Pennsylvania 19341.

924.    AGC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

925.    Defendant Amerex Corporation ("Amerex") is an Alabama corporation and does business throughout the United States. Amerex has its principal place of business at 7595 Gadsden Highway, Trussville, Alabama 35173.

926.    Amerex designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

927.    Defendant Archroma U.S. Inc. ("Archroma") is a North Carolina company and does business throughout the United States. Archroma has its principal place of business at 5435 77 Center Drive, #10 Charlotte, North Carolina 28217. Upon information and belief, Archroma was formed in 2013 as part of the acquisition of Clariant Corporation's Textile Chemicals, Paper Specialties and Emulsions business by SK Capital Partners.

928.    Archroma designed, marketed, developed, manufactured, distributed, released, trained

105

users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

929. Defendant Arkema, Inc. ("Arkema") is a Pennsylvania corporation and does business throughout the United States. Arkema has its principal place of business at 900 1st Avenue, King of Prussia, Pennsylvania 19406. Upon information and belief, assets of Arkema's fluorochemical business were purchased by Defendant Dupont in 2002.

930. Arkema designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

931. Defendant BASF Corporation ("BASF"), is a Delaware corporation doing business throughout the United States. BASF Corporation has its principal place of business at 100 Park Ave., Florham Park, New Jersey 07932.

932. BASF is successor-in-interest to Ciba-Geigy Corp. and Ciba Inc., which manufactured fluorosurfactants for AFFF manufacturers who designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises

106

which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

933. Defendant Buckeye Fire Equipment Company ("Buckeye") is an Ohio corporation and does business throughout the United States. Buckeye has its principal place of business at 110 Kings Road, Mountain, North Carolina 28086.

934. Buckeye designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

935. Defendant Carrier Global Corporation ("Carrier") is a Delaware corporation and does business throughout the United States. Carrier has its principal place of business at 13995 Pasteur Boulevard, Palm Beach Gardens, Florida 33418. Upon information and belief, Carrier was formed in 2020 and is the parent company of Kidde-Fenwal, Inc., a manufacturer of AFFF.

936. Carrier designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use

107

in firefighting.

937.    Defendant ChemDesign Products, Inc. ("ChemDesign") is a Texas corporation and does business throughout the United States. ChemDesign has its principal place of business at 2 Stanton Street, Marinette, Wisconsin 54143.

938.    ChemDesign designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

939.    Defendant Chemguard, Inc. ("Chemguard") is a Wisconsin corporation and does business throughout the United States. Chemguard has its principal place of business at One Stanton Street, Marinette, Wisconsin 54143.

940.    Chemguard designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

941.    Defendant Chemicals, Inc. ("Chemicals") is a Texas corporation and does business throughout the United States. Chemicals has its principal place of business at 12321 Hatcherville Road, Baytown, Texas 77521.

942.   Chemicals designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

943.   Defendant The Chemours Company ("Chemours"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business 1007 Market Street, Wilmington, Delaware 19898. Upon information and belief, Chemours was spun off from DuPont in 2015 to assume PFAS related liabilities.

944.   ·Chemours designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

945.   Defendant Chemours Company FC, LLC ("Chemours FC"), is a Delaware corporation and does business throughout the United States. Chemours has its principal place of business at 1007 Market Street, Wilmington, Delaware 19899. Chemours FC is a subsidiary of The Chemours Company.

946.   Chemours FC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed,

109

developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

947.    Defendant Chubb Fire, Ltd. ("Chubb") is a foreign private limited company, with offices at Littleton Road, Ashford, Middlesex, United Kingdom TW15 1TZ. Upon information and belief, Chubb is registered in the United Kingdom with a registered number of 134210. Upon information and belief, Chubb is or has been composed of different subsidiaries and/or divisions, including but not limited to, Chubb Fire & Security Ltd., Chubb Security, PLC, Red Hawk Fire & Security, LLC, and/or Chubb National Foam, Inc.

948.    Chubb designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

949.    Defendant Clariant Corporation ("Clariant") is a New York corporation and does business throughout the United States. Clariant has its principal place of business at 4000 Monroe Road, Charlotte, North Carolina 28205.

950.    Clariant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use

110

in firefighting.

951.  Defendant Corteva, Inc. ("Corteva") is a Delaware Corporation that conducts business throughout the United States. Its principal place of business is Chestnut Run Plaza 735, Wilmington, Delaware 19805. Corteva is the successor-in-interest to Dupont Chemical Solutions Enterprise.

952.  Corteva designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

953.  Defendant Deepwater Chemicals, Inc. ("Deepwater") is a Delaware corporation and does business throughout the United States. Deepwater's principal place of business is at 196122 E County Road 735, Woodward, Oklahoma 73801.

954.  Deepwater designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

955.  Defendant Du Pont de Nemours Inc. (f/k/a DowDuPont, Inc.) ("DowDuPont"), is a Delaware corporation and does business throughout the United States. DowDuPont, has its principal place of business at 1007 Market Street, Wilmington, Delaware 19899 and 2211 H.H.

111

Dow Way, Midland, Michigan 48674. DowDupont was created in 2015 to transfer Chemours and DuPont liabilities for manufacturing and distributing flurosurfactants to AFFF manufacturers.

956.    DowDuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

957.    Defendant Dynax Corporation ("Dynax") is a New York corporation that conducts business throughout the United States. Its principal place of business is 103 Fairview Park Drive, Elmsford, New York, 10523-1544.

958.    Dynax designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

959.    Defendant E. I. du Pont de Nemours and Company ("DuPont"), is a Delaware corporation and does business throughout the United States. DuPont has its principal place of business at 1007 Market Street, Wilmington, Delaware 19898.

960.    DuPont designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold

112

and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

961. Defendant Kidde P.L.C., Inc. ("Kidde P.L.C.") is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. Kidde P.L.C. has its principal place of business at One Carrier Place, Farmington, Connecticut 06034. Upon information and belief, Kidde PLC was formerly known as Williams Holdings, Inc. and/or Williams US, Inc.

962. Kidde P.L.C. designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

963. Defendant Nation Ford Chemical Company ("Nation Ford") is a South Carolina company and does business throughout the United States. Nation Ford has its principal place of business at 2300 Banks Street, Fort Mill, South Carolina 29715.

964. Nation Ford designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

965. Defendant National Foam, Inc. ("National Foam") is a Delaware corporation and does business throughout the United States. National Foam has its principal place of business at 141

113

Junny Road, Angier, North Carolina, 27501.

966.    National Foam designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

967.    Defendant Tyco Fire Products, LP, as successor-in-interest to The Ansul Company ("Tyco"), is a Delaware limited partnership and does business throughout the United States. Tyco has its principal place of business at 1400 Pennbrook Parkway, Lansdale, Pennsylvania 19466. Tyco manufactured and currently manufactures the Ansul brand of products, including Ansul brand AFFF containing PFAS.

968.    Tyco is the successor in interest to the corporation formerly known as The Ansul Company ("Ansul"). At all times relevant, Tyco/Ansul designed, marketed, developed, manufactured, distributed released, trained users, produced instructional materials, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

969.    Defendant United Technologies Corporation ("United Technologies") is a foreign corporation organized and existing under the laws of the State of Delaware and does business throughout the United States. United Technologies has its principal place of business at 8 Farm

114

Springs Road, Farmington, Connecticut 06032.

970.    United Technologies designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

971.    Defendant UTC Fire & Security Americas Corporation, Inc. (f/k/a GE Interlogix, Inc.) ("UTC") is a North Carolina corporation and does business throughout the United States. UTC has principal place of business at 3211 Progress Drive, Lincolnton, North Carolina 28092. Upon information and belief, Kidde-Fenwal, Inc. is part of the UTC Climate Control & Security unit of United Technologies Corporation.

972.    UTC designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, sold, and/or otherwise handled and/or used AFFF containing PFAS that are the subject of this Complaint. Further, defendant designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used underlying chemicals and/or products added to AFFF which contained PFAS for use in firefighting.

973.    Defendant Allstar Fire Equipment is a California corporation ("Allstar") and does business throughout the United States. Allstar has its principal place of business at 12328 Lower Azusa Road, Arcadia, California 91006.

974.    Allstar developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

975.    Defendant Fire-Dex, LLC ("Fire-Dex") is a Delaware corporation and does business

115

throughout the United States. Fire-Dex has its principal place of business at 780 South Progress Drive, Medina, Ohio 44256.

976. Fire-Dex developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

977. Defendant Globe Manufacturing Company LLC ("Globe") is a New Hampshire corporation and does business throughout the United States. Globe has its principal place of business at 37 Loudon Road, Pittsfield, New Hampshire 03263.

978. Globe developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

979. Defendant Honeywell Safety Products USA, Inc. ("Honeywell") is a Delaware corporation and does business throughout the United States. Honeywell has its principal place of business at 300 South Tryon Street Suite 500, Charlotte, North Carolina 28202.

980. Honeywell developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

981. Defendant Lion Group, Inc. ("Lion") is an Ohio corporation and does business throughout the United States. Lion has its principal place of business at 7200 Poe Avenue, Suite 400 Dayton, Ohio, 45414.

982. Lion developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

983. Defendant Mallory Safety and Supply LLC. ("Mallory") is a Washington corporation and does business throughout the United States. Mallory has its principal place of business at 1040 Industrial Way, Longview, Washington, 98632.

984. Mallory developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

116

985.    Defendant Mine Safety Appliances Co., Inc. ("MSA") is a Pennsylvania corporation and does business throughout the United States. MSA has its principal place of business at 1000 Cranberry Woods Drive, Cranberry Township, Pennsylvania, 16066.

986.    MSA developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

987.    Defendant Municipal Emergency Services, Inc. ("MES") is a Nevada corporation and does business throughout the United States. MES has its principal place of business at 12 Turnberry Lane, Sandy Hook, Connecticut 06482.

988.    MES developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

989.    Defendant PBI Performance Products, Inc. ("PBI") is a Delaware corporation and does business throughout the United States. PBI has its principal place of business at 9800-D Southern Pine Boulevard, Charlotte, North Carolina 28273.

990.    PBI developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

991.    Defendant Southern Mills, Inc. ("Southern Mills") is a Georgia corporation and does business throughout the United States. Southern Mills has its principal place of business at 6501 Mall Boulevard, Union City, Georgia 30291.

992.    Southern Mills developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

993.    Defendant Stedfast USA, Inc. ("Stedfast") is a Delaware corporation and does business throughout the United States. Stedfast has its principal place of business at 800 Mountain View Drive, Piney Flats, Tennessee 37686.

994.    Stedfast developed, manufactured, marketed, distributed, released, sold, and/or used PFAS,

PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

995.    Defendant W.L. Gore & Associates Inc. ("Gore") is a Delaware corporation and does business throughout the United States. Gore has its principal place of business at 1901 Barksdale Road, Newark, Delaware 19711.

996.    Gore developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

997.    When reference is made in this Complaint to any act or omission of any of Defendants, it shall be deemed that the officers, directors, agents, employees, or representatives of Defendants committed or authorized such act or omission, or failed to adequately supervise or properly control or direct their employees while engaged in the management, direction, operation, or control of the affairs of Defendants, and did so while acting within the scope of their duties, employment or agency.

998.    The term "AFFF Defendant" or "AFFF Defendants" refers to all Defendants named herein who designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold and/or otherwise handled and/or used AFFF containing PFAS that are used in firefighting training and response exercises which are the subject of this Complaint. jointly and severally, unless otherwise stated.

999.    The term "TOG Defendant" or "TOG Defendants" refers to all Defendants names herein who developed, manufactured, marketed, distributed, released, sold, and/or used PFAS, PFAS materials, and products containing PFAS in turnout gear for use in firefighting.

**FACTUAL ALLEGATIONS**

1000.    Aqueous Film-Forming Foam ("AFFF") is a combination of chemicals used to extinguish hydrocarbon fuel-based fires.

1001.    AFFF-containing fluorinated surfactants have better firefighting capabilities than water

118

due to their surfactant-tension lowering properties which allow the compound(s) to extinguish fire by smothering, ultimately starving it of oxygen.

1002. AFFF is a Class-B firefighting foam. It is mixed with water and used to extinguish fires that are difficult to fight, particularly those that involve petroleum or other flammable liquids.

1003. AFFF Defendants designed, marketed, developed, manufactured, distributed, released, trained users, produced instructional materials, promoted, sold, and/or otherwise handled AFFF containing toxic PFAS or underlying PFAS containing chemicals used in AFFF production that were used by entities around the country, including military, county, and municipal firefighting departments.

1004. AFFF Defendants have each designed, marketed, developed, manufactured, distributed, released, trained users on, produced instructional materials for, sold, and/or otherwise handled and/or used AFFF containing PFAS, in such a way as to cause the contamination of Plaintiffs' blood and/or body with PFAS, and the resultant biopersistence and bioaccumulation of such PFAS in the blood and/or body of Plaintiffs.

1005. AFFF was introduced commercially in the mid-1960s and rapidly became the primary firefighting foam in the United States and in other parts of the world. It contains PFAS, which are highly fluorinated synthetic chemical compounds whose family include PFOS and PFOA.

1006. PFAS are a family of chemical compounds containing fluorine and carbon atoms.

1007. PFAS have been used for decades in the manufacture of AFFF. The PFAS family of chemicals are entirely human-made and do not naturally occur or otherwise exist.

1008. Prior to commercial development and large-scale manufacture and use of AFFF containing PFAS, no such PFAS had been found or detected in human blood.

### A. AFFF / PFAS Hazardous Effects on Humans

1009. AFFF and its components are associated with a wide variety of adverse health effects in

119

humans.

1010. Exposure to AFFF Defendants' products has been linked to serious medical conditions including, but not limited to, kidney cancer, testicular cancer, liver cancer, testicular tumors, pancreatic cancer, prostate cancer, leukemia, lymphoma, bladder cancer, thyroid disease and infertility.

1011. By at least the end of the 1960s, animal toxicity testing performed by some Defendants manufacturing and/or using PFAS indicated that exposure to such materials, including at least PFOA, resulted in various adverse health effects among multiple species of laboratory animals, including toxic effects to the liver, testes, adrenals, and other organs and bodily systems.

1012. By at least the end of the 1960s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that such materials, including at least PFOA, because of their unique chemical structure, were resistant to environmental degradation and would persist in the environment essentially unaltered if allowed to enter the environment.

1013. By at least the end of the 1970s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that one or more such materials, including at least PFOA and PFOS, because of their unique chemical structure, would bind to proteins in the blood of animals and humans exposed to such materials where such materials would remain and persist over long periods of time and would accumulate in the blood/body of the exposed individuals with each additional exposure.

1014. By at least the end of the 1980s, additional research and testing performed by some Defendants manufacturing and/or using PFAS indicated that at least one such PFAS, PFOA, had caused Leydig cell (testicular) tumors in a chronic cancer study in rats, resulting in at least one such Defendant, DuPont, classifying such PFAS internally as a confirmed animal carcinogen and possible human carcinogen.

120

1015. It was understood by AFFF Defendants by at least the end of the 1980s that a chemical that caused cancer in animal studies must be presumed to present a cancer risk to humans, unless the precise mechanism of action by which the tumors were caused was known and would not occur in humans.

1016. By at least the end of the 1980s, scientists had not determined the precise mechanism of action by which any PFAS caused tumors. Therefore, scientific principles of carcinogenesis classification mandated AFFF Defendants presume any such PFAS material that caused tumors in animal studies could present a potential cancer risk to exposed humans.

1017. By at least the end of the 1980s, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least DuPont, indicated that elevated incidence of certain cancers and other adverse health effects, including elevated liver enzymes and birth defects, had been observed among workers exposed to such materials, including at least PFOA, but such data was not published, provided to governmental entities as required by law, or otherwise publicly disclosed at the time.

1018. By at least the end of the 1980s, some Defendants, including at least 3M and DuPont, understood that, not only did PFAS, including at least PFOA and PFOS, get into and persist and accumulate in the human blood and in the human body, but that once in the human body and blood, particularly the longer-chain PFAS, such as PFOS and PFOA, had a long half-life. Meaning that it would take a very long time before even half of the material would start to be eliminated, which allowed increasing levels of the chemicals to build up and accumulate in the blood and/or body of exposed individuals over time, particularly if any level of exposure continued.

1019. By at least the end of the 1990s, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, indicated that at least one such PFAS, PFOA, had caused a triad of tumors (Leydig cell (testicular), liver, and

pancreatic) in a second chronic cancer study in rats.

1020. By at least the end of the 1990s, the precise mechanism(s) of action by which any PFAS caused each of the tumors found in animal studies had still not been identified, mandating that AFFF Defendants continue to presume that any such PFAS that caused such tumors in animal studies could present a potential cancer risk to exposed humans.

1021. By at least 2010, additional research and testing performed by some Defendants manufacturing and/or using PFAS, including at least 3M and DuPont, revealed multiple potential adverse health impacts among workers exposed to such PFAS, including at least PFOA, such as increased cancer incidence, hormone changes, lipid changes, and thyroid and liver impacts.

1022. When the United States Environmental Protection Agency ("USEPA") and other state and local public health agencies and officials first began learning of PFAS exposure in the United States and potential associated adverse health effects, AFFF Defendants repeatedly assured and represented to such entities and the public that such exposure presented no risk of harm and were of no significance.

1023. After the USEPA and other entities began asking Defendants to stop manufacturing and/or using certain PFAS, AFFF Defendants began manufacturing and/or using and/or began making and/or using more of certain other and/or "new" PFAS, including PFAS materials with six or fewer carbons, such as GenX (collectively "Short-Chain PFAS").

1024. AFFF Defendants manufacturing and/or using Short-Chain PFAS, including at least DuPont and 3M, are aware that one or more such Short-Chain PFAS materials also have been found in human blood.

1025. By at least the mid-2010s, AFFF Defendants, including at least DuPont and Chemours, were aware that at least one Short-Chain PFAS had been found to cause the same triad of tumors (Leydig (testicular), liver, and pancreatic) in a chronic rat cancer study as had been found in a

122

chronic rat cancer study with a non-Short-Chain PFAS.

1026.  Research and testing performed by and/or on behalf of AFFF Defendants making and/or using Short-Chain PFAS indicates that such Short-Chain PFAS materials present the same, similar, and/or additional risks to human health as had been found in research on other PFAS materials, including cancer risk.

1027.  Nevertheless, AFFF Defendants repeatedly assured and represented to governmental entities and the public (and continue to do so) that the presence of PFAS, including Short-Chain PFAS, in human blood at the levels found within the United States present no risk of harm and is of no legal, toxicological, or medical significance of any kind.

1028.  At all relevant times, AFFF Defendants, individually and/or collectively, possessed the resources and ability but have intentionally, purposefully, recklessly, and/or negligently chosen not to fund or sponsor any study, investigation, testing, and/or other research of any kind of the nature that AFFF Defendants claim is necessary to confirm and/or prove that the presence of any one and/or combination of PFAS in human blood causes any disease and/or adverse health impact of any kind in humans, presents any risk of harm to humans, and/or is of any legal, toxicological, or medical significance to humans, according to standards AFFF Defendants deem acceptable.

1029.  Even after an independent science panel, known as the "C8 Science Panel," publicly announced in the 2010s that human exposure to 0.05 parts per billion or more of one PFAS, PFOA, had "probable links" with certain human diseases, including kidney cancer, testicular cancer, ulcerative colitis, thyroid disease, preeclampsia, and medically-diagnosed high cholesterol, AFFF Defendants repeatedly assured and represented to governmental entities, their customers, and the public (and continue to do so) that the presence of PFAS in human blood at the levels found within the United States presents no risk of harm and is of no legal, toxicological, or medical significance of any kind, and have represented to and assured such governmental entities, their customers, and

123

the public (and continue to do so) that the work of the independent C8 Science Panel was inadequate.

1030.  At all relevant times, AFFF Defendants shared and/or should have shared among themselves all relevant information relating to the presence, biopersistence, and bioaccumulation of PFAS in human blood and associated toxicological, epidemiological, and/or other adverse effects and/or risks.

1031.  As of the present date, blood serum testing and analysis by AFFF Defendants, independent scientific researchers, and/or government entities has confirmed that PFAS materials are clinically demonstrably present in approximately 99% of the current population of the United States.

1032.  There is no naturally-occurring "background," normal, and/or acceptable level or rate of any PFAS in human blood, as all PFAS detected and/or present in human blood is present and/or detectable in such blood as a direct and proximate result of the acts and/or omissions of Defendants.

1033.  At all relevant times, Defendants, through their acts and/or omissions, controlled, minimized, trivialized, manipulated, and/or otherwise influenced the information that was published in peer-review journals, released by any governmental entity, and/or otherwise made available to the public relating to PFAS in human blood and any alleged adverse impacts and/or risks associated therewith, effectively preventing Plaintiffs from discovering the existence and extent of any injuries/harm as alleged herein.

1034.  At all relevant times, Defendants, through their acts and/or omissions, took steps to attack, challenge, discredit, and/or otherwise undermine any scientific studies, findings, statements, and/or other information that proposed, alleged, suggested, or even implied any potential adverse health effects or risks and/or any other fact of any legal, toxicological, or medical significance associated with the presence of PFAS in human blood.

1035.  At all relevant times, Defendants, through their acts and/or omissions, concealed and/or

withheld information from their customers, governmental entities, and the public that would have properly and fully alerted Plaintiffs to the legal, toxicological, medical, or other significance and/or risk from having any PFAS material in Plaintiffs' blood.

1036. At all relevant times, Defendants encouraged the continued and even further increased use of PFAS by their customers and others, including but not limited to the manufacture, use, and release, of AFFF containing PFAS and/or emergency responder protection gear or equipment coated with materials made with or containing PFAS, and tried to encourage and foster the increased and further use of PFAS in connection with as many products/uses/and applications as possible, despite knowledge of the toxicity, persistence, and bioaccumulation concerns associated with such activities.

1037. To this day, Defendants deny that the presence of any PFAS in human blood, at any level, is an injury or presents any harm or risk of harm of any kind, or is otherwise of any legal, toxicological, or medical significance.

1038. To this day, Defendants deny that any scientific study, research, testing, or other work of any kind has been performed that is sufficient to suggest to the public that the presence of any PFAS material in human blood, at any level, is of any legal, toxicological, medical, or other significance.

1039. Defendants, to this day, affirmatively assert and represent to governmental entities, their customers, and the public that there is no evidence that any of the PFAS found in human blood across the United States causes any health impacts or is sufficient to generate an increased risk of future disease sufficient to warrant diagnostic medical testing, often referring to existing studies or data as including too few participants or too few cases or incidents of disease to draw any scientifically credible or statistically significant conclusions.

1040. Defendants were and/or should have been aware, knew and/or should have known, and/or

foresaw or should have foreseen that their design, marketing, development, manufacture, distribution, release, training and response of users, production of instructional materials, sale and/or other handling and/or use of AFFF containing PFAS would result in the contamination of the blood and/or body of Plaintiffs with PFAS, and the biopersistence and bioaccumulation of such PFAS in their blood and/or body.

1041. Defendants were and /or should have been aware, or knew and/or should have known, and/or foresaw or should have foreseen that allowing PFAS to contaminate the blood and/or body of Plaintiffs would cause injury, irreparable harm, and/or unacceptable risk of such injury and/or irreparable harm to Plaintiffs.

1042. Defendants did not seek or obtain permission or consent from Plaintiffs before engaging in such acts and/or omissions that caused, allowed, and/or otherwise resulted in Plaintiffs' exposure to AFFF and the contamination of Plaintiffs' blood and/or body with PFAS materials, and resulting biopersistence and bioaccumulation of such PFAS in their blood and/or body.

## B. Defendants' History of Manufacturing and Selling AFFF

1043. 3M began producing PFOS and PFOA by electrochemical fluorination in the 1940s. In the 1960s, 3M used its fluorination process to develop AFFF.

1044. 3M manufactured, marketed, and sold AFFF from the 1960s to the early 2000s.

1045. National Foam and Tyco/Ansul began to manufacture, market, and sell AFFF in the 1970s.

1046. Buckeye began to manufacture, market, and sell AFFF in the 2000s.

1047. In 2000, 3M announced it was phasing out its manufacture of PFOS, PFOA, and related products, including AFFF. 3M, in its press release announcing the phase out, stated "our products are safe," and that 3M's decision was "based on [its] principles of responsible environment management." 3M further stated that "the presence of these materials at [] very low levels does

not pose a human health or environmental risk." In communications with the EPA at that time, 3M also stated that it had "concluded that...other business opportunities were more deserving of the company's energies and attention..."

1048.   Following 3M's exit from the AFFF market, the remaining AFFF Defendants continued to manufacture and sell AFFF that contained PFAS and/or its precursors.

1049.   AFFF Defendants knew their customers warehoused large stockpiles of AFFF. In fact, AFFF Defendants marketed their AFFF products by touting its shelf-life. Even after AFFF Defendants fully understood the toxicity of PFAS, and their impacts to the health of humans following exposure, AFFF Defendants concealed the true nature of PFAS. While AFFF Defendants phased out production or transitioned to other formulas, they did not instruct their customers that they should not use AFFF that contained PFAS and/or their precursors. AFFF Defendants further did not act to get their harmful products off the market.

1050.   AFFF Defendants did not warn public entities, firefighter trainees who they knew would foreseeably come into contact with their AFFF products, or firefighters employed by either civilian and/or military employers that use of and/or exposure to AFFF Defendants' products containing PFAS and/or its precursors would pose a danger to human health

1051.   Plaintiffs directly used, were exposed, and/or were given AFFF to help fight fires on a regular basis. Plaintiffs used and ingested water contaminated with AFFF.

1052.   Plaintiffs were never informed that this product was inherently dangerous. Nor were Plaintiffs warned about the known health risks associated with this product.

1053.   Plaintiffs never received or were told to use any protective gear to guard against the known dangerous propensities of this product.

1054.   AFFF Defendants have known of the health hazards associated with AFFF and/or its compounds for decades and that in their intended and/or common use would harm human health.

127

1055. Information regarding AFFF and its compounds were readily accessible to each of the above-referenced AFFF Defendants for decades because each is an expert in the field of AFFF manufacturing and/or the materials needed to manufacture AFFF, and each has detailed information and understanding about the chemical compounds that form AFFF products.

1056. AFFF Defendants' manufacture, distribution and/or sale of AFFF resulted in Plaintiffs and other individuals who came in contact with the chemical to develop cancer.

1057. AFFF Defendants through their manufacturing, distribution and/or sale of AFFF, and through their involvement and/or participation in the creation of training and instructional materials and activities, knew, foresaw, and/or should have known and/or foreseen that Plaintiffs and those similarly situated would be harmed.

1058. AFFF Defendants' products were unreasonably dangerous and Defendants failed to warn of this danger.

### C.    PFAS-Containing Turnout Gear

1059. During firefighting training and when responding to fires and performing fire extinguishment, firefighters wear turnouts that are intended to provide a degree of thermal, chemical, and biological protection for a firefighter. Turnout gear components include individual components such as a helmet, hood, jacket, pants and suspenders, boots, and gloves. Each component of the jacket and pants are made of an outer layer, as well as several inner layers that include a moisture barrier and thermal liner which are meant to protect the firefighter from ambient heat.

1060. PFAS chemicals are used in turnout gear to impart heat, water, and stain resistance to the outer shell and moisture barrier of turnout gear.

1061. A June 2020 study of turnout gear by researchers at the University of Notre Dame analyzed 30 new and used turnout jackets and pants originally marketed, distributed and sold in 2008, 2014, and 2017, by six turnout gear makers, including Defendants MSA, Globe, Lion and Honeywell

128

and found high levels of PFAS in turnout gear worn, used, or handled by firefighters, including the Firefighter Plaintiffs.

1062. When exposed to heat, PFAS chemicals in the turnouts off-gas, break down, and degrade into highly mobile and toxic particles and dust, exposing firefighters to PFAS chemicals, particles and dust, including through skin contact/absorption, ingestion (e.g., hand-to-mouth contact) and/or inhalation. Further firefighter exposure to these highly mobile and toxic materials occurs through normal workplace activities, because particles or dust from their turnouts spread to fire vehicles and fire stations, as well as firefighters' personal vehicles and homes.

1063. Such workplace exposure to PFAS or PFAS-containing materials has been found to be toxic to humans. As far back as a July 31, 1980 internal memo, DuPont officials described measures that were needed to prevent workplace exposure to PFOA, which they knew could permeate all protective materials, and noted that PFOA's toxicity varied depending on the exposure pathway, acknowledging that ingestion was "slightly toxic," dermal contact was "slightly to moderately toxic" and inhalation was "highly toxic." The memo concluded "continued exposure is not tolerable."

1064. As alleged herein, the Firefighter Plaintiffs wear and/or wore turnouts in the ordinary course of performing their duties, as the turnouts were intended to be used and in a foreseeable manner, which exposed them to significant levels of PFAS.

1065. The Firefighter Plaintiffs did not know, and in the exercise of reasonable diligence could not have known, that the turnouts they wore or used in the course of performing their duties contained PFAS or PFAS-containing materials, and similarly did not know and could not have known that they routinely suffered exposure to PFAS or PFAS-containing materials in the turnouts they wore or used in performing their duties. The turnout gear worn or used by the Firefighter Plaintiffs did not and does not contain labeling information saying that the gear contains PFAS, and similarly did not and does not warn the Firefighter Plaintiffs of the health risks associated with exposure to PFAS.

1066. Like fire departments across the country, many Plaintiffs only had one set of turnouts for

129

years, and would wash their turnouts at home and/or in station machines along with their daily station wear uniforms.

## CAUSES OF ACTION

### COUNT I
### NEGLIGENCE

1067. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1068. Defendants had a duty to individuals, including Plaintiffs, to exercise reasonable ordinary, and appropriate care in the manufacturing, design, labeling, packaging, testing, instruction, warning, selling, marketing, distribution, and training related to the AFFF or TOG product.

1069. Defendants breached their duty of care and were negligent, grossly negligent, reckless and willful as described herein in the design, manufacture, labeling, warning, instruction, training, selling, marketing, and distribution of the AFFF or TOG products or underlying PFAS containing chemicals used in AFFF or TOG production in one or more of the following respects:

    a. Failing to design the products so as to avoid an unreasonable risk of harm to individuals, including Plaintiffs;

    b. Failing to use reasonable care in the testing of the products so as to avoid an unreasonable risk of harm to individuals, including Plaintiffs;

    c. Failing to use appropriate care in inspecting the products so as to avoid an unreasonable risk of harm to individuals, including Plaintiffs;

    d. Failing to use appropriate care in instructing and/or warning the public as set forth herein of risks associated with the products, so as to avoid unreasonable risk of harm to individuals, including Plaintiffs;

    e. Failing to use reasonable care in marketing, promoting, and advertising the products so as to avoid unreasonable risk of harm to individuals, including Plaintiffs;

    f. Otherwise negligently or carelessly designing, manufacturing, marketing, distributing, warning; and

g.  In selling and or distributing a product which was inherently dangerous to the public;

1070.  As a direct and proximate result of Defendants' negligence, Plaintiffs have been injured, sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, economic loss and damages including, but not limited to medical expenses, lost income, and/or other damages.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## <u>COUNT II</u><br><u>BATTERY</u>

1071.  Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1072.  At all relevant times, Defendants possessed knowledge that the AFFF or TOG containing PFAS which they designed, engineered, manufactured, fabricated, sold, handled, released, trained users on, produced instructional materials for, used, and/or distributed were bio- persistent, bio-accumulative, toxic, potentially carcinogenic, and/or otherwise harmful/injurious
and that their continued manufacture, use, sale, handling, release, and distribution would result in Plaintiffs having PFAS in Plaintiffs' blood, and the biopersistence and bioaccumulation of such PFAS in Plaintiffs' blood.

1073.  However, despite possessing such knowledge, Defendants knowingly, purposefully, and/or intentionally continued to engage in such acts and/or omissions, including but not limited to all such acts and/or omissions described in this Complaint, that continued to result in Plaintiffs accumulating PFAS in Plaintiffs' blood and/or body, and such PFAS persisting and accumulating in Plaintiffs' blood and/or body.

131

1074.  Defendants did not seek or obtain permission or consent from Plaintiffs to put or allow PFAS materials into Plaintiffs' blood and/or body, or to persist in and/or accumulate in Plaintiffs' blood and/or body.

1075.  Entry into, persistence in, and accumulation of such PFAS in Plaintiffs' body and/or blood without permission or consent is an unlawful and harmful and/or offensive physical invasion and/or contact with Plaintiffs' person and unreasonably interferes with Plaintiffs' rightful use and possession of Plaintiffs' blood and/or body.

1076.  At all relevant times, the PFAS present in the blood of Plaintiffs originated from Defendants' acts and/or omissions.

1077.  Defendants continue to knowingly, intentionally, and/or purposefully engage in acts and/or omissions that result in the unlawful and unconsented-to physical invasion and/or contact with Plaintiffs that resulted in persisting and accumulating levels of PFAS in Plaintiffs' blood.

1078.  Plaintiffs, and any reasonable person, would find the contact at issue harmful and/or offensive.

1079.  Defendants acted intentionally with the knowledge and/or belief that the contact, presence and/or invasion of PFAS with, onto and/or into Plaintiffs' blood serum, including its persistence and accumulation in such serum, was substantially certain to result from those very acts and/or omissions.

1080.  Defendants' intentional acts and/or omissions resulted directly and/or indirectly in harmful contact with Plaintiffs' blood and/or body.

1081.  The continued presence, persistence, and accumulation of PFAS in the blood and/or body of Plaintiffs is offensive, unreasonable, and/or harmful, and thereby constitutes a battery.

1082.  The presence of PFAS in the blood and/or body of Plaintiffs altered the structure and/or function of such blood and/or body parts and resulted in cancer.

132

1083.  As a direct and proximate result of the foregoing acts and omissions, Plaintiffs suffered physical injury for which Defendants are therefore liable.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT III
## FAILURE TO WARN

1084.  Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1085.  The aforementioned products were sold, distributed, or otherwise put into the stream of commerce, designed or manufactured by defendants. Plaintiffs allege that this defendant violated the New Jersey Product Liability Act N.J.S. 2A:58C-2 et seq. in that the products were not reasonably safe products and/or were not products that were reasonably fit, suitable and safe for its intended uses because they were designed defectively, manufactured defectively, and/or there were not adequate warnings provided by the manufacturer.

1086.  Defendants knew or should have known:

   a) exposure to AFFF or TOG containing PFAS was hazardous to human health;

   b) the manner in which they were designing, marketing, developing, manufacturing, distributing, releasing, training, instructing, promoting, and selling AFFF or TOG containing PFAS was hazardous to human health; and

   c) the manner in which they were designing, marketing, developing, manufacturing, marketing, distributing, releasing, training, instructing, promotion and selling AFFF or TOG containing PFAS would result in the contamination of Plaintiffs' blood and/or body as a result of exposure.

1087.  Defendants had a duty to warn of the hazards associated with AFFF or TOG containing PFAS entering the blood and/or body of Plaintiffs because they knew of the dangerous, hazardous,

and toxic properties of AFFF or TOG containing PFAS. Defendants failed to provide sufficient warning to purchasers that the use of their AFFF or TOG products would cause PFAS to be released and cause the exposure and bioaccumulation of these toxic chemicals in the blood and/or body of Plaintiffs.

1088. Adequate instructions and warnings on the AFFF or TOG containing PFAS could have reduced or avoided these foreseeable risks of harm and injury to Plaintiffs. If Defendants provided adequate warnings:

   a) Plaintiffs could have and would have taken measures to avoid or lessen exposure; and

   b) end users and governments could have taken steps to reduce or prevent the release of PFASs into the blood and/or body of Plaintiffs. Defendants' failure to warn was a direct and proximate cause of Plaintiffs' injuries from PFAS that came from the use, storage, and disposal of AFFF or TOG containing PFAS. Crucially, Defendants' failure to provide adequate and sufficient warnings for the AFFF or TOG containing PFAS they designed, marketed, manufactured, distributed, released, promoted, and sold renders the AFFF or TOG a defective product.

1089. Defendants were negligent in their failure to provide Plaintiffs with adequate warnings or instruction that the use of their AFFF or TOG products would cause PFAS to be released into the blood and/or body of Plaintiffs. As a result of Defendants' conduct and the resulting contamination, Plaintiffs suffered severe personal injuries by exposure to AFFF or TOG containing PFAS.

1090. Defendants' negligent failure to warn directly and proximately caused the harm to and damages suffered by Plaintiffs.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT IV
## DEFECTIVE DESIGN

1091. Plaintiffs hereby incorporate by reference the allegations contained in the preceding

paragraphs of this Complaint as if restated in full herein.

1092.  The aforementioned products were, sold, distributed, or otherwise put into the stream of commerce, designed or manufactured by defendants. Plaintiffs allege that this defendant violated the New Jersey Product Liability Act N.J.S. 2A:58C-2 et seq. in that the products were not reasonably safe products and/or were not products that were reasonably fit, suitable and safe for its intended uses because they were designed defectively, manufactured defectively, and/or there were not adequate warnings provided by the manufacturer.

1093.  Defendants knew or should have known:

   a) exposure to AFFF or TOG containing PFAS is hazardous to human health;

   b) the manner in which AFFF or TOG containing PFAS was designed, manufactured, marketed, distributed, and sold was hazardous to human health; and

   c) the manner in which AFFF or TOG containing PFAS was designed, manufactured, marketed, distributed, and could and would release PFAS into Plaintiffs and cause the exposure and bioaccumulation of these toxic and poisonous chemicals in the blood and/or body of Plaintiffs.

1094.  Knowing of the dangerous and hazardous properties of the AFFF or TOG containing PFAS, Defendants could have designed, manufactured, marketed, distributed, and sold alternative designs or formulations of AFFF or TOG that did not contain hazardous and toxic PFAS. These alternative designs and formulations were already available, practical, and technologically feasible. The use of these alternative designs would have reduced or prevented reasonably foreseeable harm to Plaintiff caused by Defendants' design, manufacture, marketing, distribution, and sale of AFFF or TOG containing hazardous and toxic PFAS.

1095.  The AFFF or TOG containing PFAS that was designed, manufactured, marketed, distributed, and sold by Defendants was so hazardous, toxic, and dangerous to human health that the act of designing, formulating, manufacturing, marketing, distributing, and selling this AFFF was unreasonably dangerous under the circumstances.

1096.   The AFFF or TOG designed, formulated, manufactured, marketed, distributed, and sold by Defendants was defectively designed and the foreseeable risk of harm could and would have been reduced or eliminated by the adoption of a reasonable alternative design that was not unreasonably dangerous.  Defendants' defective design and formulation of AFFF or TOG containing PFAS was a direct and proximate cause of the contamination of the blood and/or body of Plaintiffs and the persistence and accumulation of PFAS in Plaintiffs' blood and/or body.

1097.   Defendants' defective design and formulation of AFFF or TOG containing PFAS caused the contamination described herein resulting in personal injuries to Plaintiffs. As a direct result of the harm and injury caused by Defendants' defective design and the contamination described herein, Plaintiffs have been exposed to AFFF or TOG containing PFAS and other toxic substances and has developed cancer.

1098.   Defendants' negligent failure to design a reasonably safe product directly and proximately caused the harm to and damages suffered by Plaintiffs.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT V
## STRICT LIABILITY (STATUTORY)

1099.  Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1100.   The aforementioned products were, sold, distributed, or otherwise put into the stream of commerce, designed or manufactured by defendants. Plaintiffs allege that this defendant violated the New Jersey Product Liability Act N.J.S. 2A:58C-2 et seq. in that the products were not reasonably safe products and/or were not products that were reasonably fit , suitable and safe for

136

its intended uses because they were designed defectively, manufactured defectively, and/or there were not adequate warnings provided by the manufacturer.

1101. Plaintiffs assert any and all remedies available under statutory causes of action from Plaintiffs' states for strict liability against each Defendant.

1102. Defendants were engaged in designing, manufacturing, marketing, selling, and distribution of AFFF or TOG.

1103. The AFFF or TOG was in a defective condition and unreasonably dangerous to users and/or consumers when designed, manufactured, marketed, sold, and/or distributed to the public by Defendants.

1104. As a direct and proximate result of Defendants products' aforementioned defects, Plaintiffs have been injured, sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, economic loss and damages including, but not limited to medical expenses, lost income, and other damages.

1105. Defendants are strictly liable in tort to Plaintiffs for their wrongful conduct.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VI
## STRICT LIABILITY (RESTATEMENT)

1106. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1107. The aforementioned products were, sold, distributed, or otherwise put into the stream of commerce, designed or manufactured by defendants. Plaintiffs allege that this defendant violated the New Jersey Product Liability Act N.J.S. 2A:58C-2 et seq. in that the products were not

reasonably safe products and/or were not products that were reasonably fit, suitable and safe for its intended uses because they were designed defectively, manufactured defectively, and/or there were not adequate warnings provided by the manufacturer.

1108.   Plaintiffs bring strict product liability claims under the common law, Section 402A of the Restatement of Torts (Second), and/or Restatement of Torts (Third) against Defendants.

1109.   As designed, manufactured, marketed, tested, assembled, equipped, distributed and/or sold by Defendants the AFFF or TOG product was in a defective and unreasonably dangerous condition when put to reasonably anticipated use to foreseeable consumers and users, including Plaintiffs.

1110.   Defendants had available reasonable alternative designs which would have made the AFFF or TOG product safer and would have most likely prevented the injuries and damages to Plaintiffs, thus violating state law and the Restatement of Torts.

1111.   Defendants failed to properly and adequately warn and instruct Plaintiffs as to the proper safety and use of Defendants product.

1112.   Defendants failed to properly and adequately warn and instruct Plaintiffs regarding the inadequate research and testing of the product.

1113.   Defendants' products are inherently dangerous and defective, unfit and unsafe for their intended and reasonably foreseeable uses, and do not meet or perform to the expectations.

1114.   As a proximate result of Defendants' design, manufacture, marketing, sale, and distribution of the products, Plaintiffs have been injured and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, and consortium, and economic damages.

1115.   By reason of the foregoing, Defendants are strictly liable for the injuries and damages suffered by Plaintiffs, caused by these defects in the AFFF or TOG product.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory,

consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VII
## FRAUDULENT CONCEALMENT

1116.  Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1117.  Throughout the relevant time period, Defendants knew that their products were defective and unreasonably unsafe for their intended purpose.

1118.  Defendants fraudulently concealed from and/or failed to disclose to or warn Plaintiffs, and the public that their products were defective, unsafe, and unfit for the purposes intended, and that they were not of merchantable quality.

1119.  Defendants were under a duty to Plaintiffs and the public to disclose and warn of the defective and harmful nature of the products because:

    a)  Defendants were in a superior position to know the true quality, safety and efficacy of Defendants' products;

    b)  Defendants knowingly made false claims about the safety and quality of Defendants' product in documents and marketing materials; and

    c)  Defendants fraudulently and affirmatively concealed the defective nature of Defendants' products from Plaintiffs.

1120.  The facts concealed and/or not disclosed by Defendants to Plaintiffs were material facts that a reasonable person would have considered to be important in deciding whether or not to purchase and/or use Defendants' products.

1121.  Defendants intentionally concealed and/or failed to disclose the true defective nature of the products so that Plaintiffs would use Defendants' products, Plaintiffs justifiably acted or relied upon, to Plaintiffs' detriment, the concealed and/or non-disclosed facts as evidenced by Plaintiffs' use of Defendants' products.

139

1122.    Defendants, by concealment or other action, intentionally prevented Plaintiffs from acquiring material information regarding the lack of safety and effectiveness of Defendants' products and are subject to the same liability to Plaintiffs for Plaintiffs' pecuniary losses, as though Defendants had stated the non-existence of such material information regarding Defendants' products' lack of safety and effectiveness and dangers and defects, and as though Defendants had affirmatively stated the non-existence of such matters that Plaintiffs were thus prevented from discovering the truth. Defendants therefore have liability for fraudulent concealment under all applicable laws, including, inter alia, Restatement (Second) of Torts §550 (1977).

1123.    As a proximate result of Defendants' conduct, Plaintiffs have been injured, and sustained severe and permanent pain, suffering, disability, impairment, loss of enjoyment of life, loss of care, comfort, and economic damages.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT VIII
## BREACH OF EXPRESS AND IMPLIED WARRANTIES

1124.    Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1125.    At all times relevant hereto, Defendants manufactured, marketed, labeled, and sold the AFFF or TOG products that has been previously alleged and described herein.

1126.    At the time Defendants designed, developed, marketed, sold, labeled, and distributed the AFFF or TOG products, Defendants knew of the use for which it was intended, and implied and/or expressly warranted that the product was merchantable, safe, and fit for its intended purpose.

140

1127. Defendants warranted that the product was merchantable and fit for the particular purpose for which it was intended and would be reasonably safe. These warranties were breached, and such breach proximately resulted in the injuries and damages suffered by Plaintiffs.

1128. Plaintiffs are within the class of foreseeable users and reasonably relied upon Defendants' judgment, and the implied and/or express warranties in using the products.

1129. Defendants breached their implied and/or express warranties and did not meet the ex merchantable quality nor safe for its intended use in that the product has a propensity to cause serious injury, pain, and cancer.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT IX
## WANTONNESS

1130. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1131. Defendants and their employees, agents, officers, and representatives owed a duty of care to end users of their AFFF or TOG products, including Plaintiffs.

1132. Defendants breached the duty of care owed to Plaintiffs.

1133. The actions of Defendants and their employees, agents, officers, and representatives were willful and wanton and exhibited a reckless disregard for the life, health, and safety of the end users of Defendants' AFFF or TOG products, including Plaintiffs.

1134. As a proximate and foreseeable consequent of the actions of Defendants, Plaintiffs were exposed to unreasonably dangerous toxic PFAS containing AFFF or TOG, which caused Plaintiffs'

injury.

WHEREFORE, Plaintiffs pray judgments against Defendants for actual, compensatory, consequential, and punitive damages, together with the costs of this action, and for such other and further relief as this Court may deem fit, just, and proper.

## COUNT X
## PUNITIVE DAMAGES

1135. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint as if restated in full herein.

1136. Upon information and belief, Defendants engaged in willful, wanton, malicious, and or/reckless conduct that was done without regard to the consequences or the safety of Plaintiffs and caused the foregoing injuries upon Plaintiffs, disregarding their protected rights.

1137. Defendants' willful, wanton, malicious, and/or reckless conduct includes but is not limited to Defendants' failure to take all reasonable measures to ensure Plaintiffs were not exposed to PFAS which Defendants knew were linked to serious medical conditions.

1138. Defendants have caused significant harm to Plaintiffs and have demonstrated a conscious and outrageous disregard for their safety with implied malice, warranting the imposition of punitive damages.

## TOLLING OF THE STATUTE OF LIMITATIONS
### Discovery Rule Tolling

1139. Plaintiffs had no way of knowing about the risk of serious injury associated with the use of and exposure to PFAS until very recently.

1140. Within the time period of any applicable statute of limitations, Plaintiffs could not have discovered, through the exercise of reasonable diligence, that exposure to PFAS is harmful to human health.

1141. Plaintiffs did not discover and did not know of facts that would cause a reasonable person to suspect the risk associated with the use of and exposure to PFAS; nor would a reasonable and diligent investigation by Plaintiffs have disclosed that PFAS could cause personal injury.

1142. For these reasons, all applicable statutes of limitations have been tolled by operation of the discovery rule with respect to Plaintiffs' claims.

### Fraudulent Concealment Tolling

1143. All applicable statute of limitations have also been tolled by Defendants knowing and active fraudulent concealment and denial of the facts alleged herein throughout the time period relevant to this action.

1144. Instead of disclosing critical safety information regarding AFFF or TOG, Defendants have consistently and falsely represented the safety of AFFF or TOG products.

1145. This fraudulent concealment continues through present day.

1146. Due to this fraudulent concealment, all applicable statutes of limitations have been tolled by operation of the discovery rule with respect to Plaintiffs' claims.

### Estoppel

1147. Defendants were under a continuous duty to consumer, end users, and other persons coming into contact with their products, including Plaintiffs, to accurately provide safety information concerning its products and the risk associated with the use of and exposure to AFFF or TOG.

1148. Instead, Defendants knowingly, affirmatively, and actively concealed safety information concerning AFFF or TOG and the serious risks associated with the use of and exposure to AFFF or TOG.

1149. Based on the foregoing, Defendants are estopped from relying on any statute of limitations in defense of this action.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment and an award of damages against Defendants, as follows:

    a)   special damages, to include past and future medical and incidental expenses, according to proof;

    b)   past and future loss of earnings and/or earning capacity, according to proof;

    c)   past and future general damages, to include pain and suffering, emotional distress and mental anguish, according to proof;

    d)   pre-judgment and post-judgment interest;

    e)   the costs of this action; and

    f)   treble and/or punitive damages to Plaintiffs; and

    g)   granting any and all such other and further legal and equitable relief as the Court deems necessary, just and proper.

**BAGOLIE-FRIEDMAN, LLC**
Attorneys for Plaintiffs

By: _____
      ALAN T. FRIEDMAN

Dated:

**STAG LIUZZA, LLC**
Attorneys for Plaintiffs
(Merritt Cunningham to be Admitted Pro Hac Vice)

Dated:

By: _s/ Merritt Cunningham_
     MERRITT CUNNINGHAM

**STAG LIUZZA, LLC**
Attorneys for Plaintiffs
(Michael G. Stag to be Admitted Pro Hac Vice)

Dated:

By: _s/ Michael G. Stag_
     MICHAEL G. STAG

## JURY DEMAND

Plaintiffs hereby demand a trial by jury.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Alan T. Friedman is hereby designated as trial counsel in this matter.

### CERTIFICATION PURSUANT TO R. 1:7-1(b)

PLEASE TAKE NOTICE that Plaintiffs intend to utilize the Time Unit Rule at closing.

### CERTIFICATION PURSUANT TO R. 1:38-7(C)

I certify that confidential personal identifiers have been redacted from documents now submitted to the Court and will be redacted from all documents in the future in accordance with Rule 1:38-7(b).

### DISCOVERY FOR DEMAND OF INSURANCE COVERAGE

The undersigned attorney for Plaintiffs hereby demand that proof of all insurance which may extend coverage to defendants for the subject incident and the limits of said coverage be furnished to plaintiffs within five (5) days of the date hereof.

### DEMAND FOR ANSWERS TO FORM C AND FORM C(4) INTERROGATORIES

PLEASE TAKE NOTICE pursuant to R. 4:17-1(b), plaintiffs demand certified answers to Form C and C(4) Uniform Interrogatories set forth in Appendix to the Rules governing Civil Practice.

### CERTIFICATION

Plaintiffs certifiy that the foregoing action is not the subject of any other action pending in any other court or arbitration proceeding and that no other action or arbitration proceeding is contemplated at this time.  Plaintiffs further certify that no other persons are known to them who

should be joined as parties at this time.  Plaintiffs are aware that if the statements contained within

this certification are knowingly false, that they may be subject to punishment.

BAGOLIE-FRIEDMAN, LLC
Attorneys for Plaintiffs

Dated:                                   By:
                                             ALAN T. FRIEDMAN


STAG LIUZZA, LLC
Attorneys for Plaintiffs
(Merritt Cunningham to be Admitted Pro Hac Vice)


Dated:                                   By:   s/ Merritt Cunningham
                                             MERRITT CUNNINGHAM


STAG LIUZZA, LLC
Attorneys for Plaintiffs
(Michael G. Stag to be Admitted Pro Hac Vice)


Dated:                                   By:   s/ Michael G. Stag
                                             MICHAEL G. STAG

146

# Civil Case Information Statement

**Case Details: MORRIS | Civil Part Docket# L-000396-24**

**Case Type:** PRODUCT LIABILITY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 12 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: MICHAEL BROWN?** NO

**Are sexual abuse claims alleged by: Kenneth Adams?** NO

**Are sexual abuse claims alleged by: Johnny Adams?** NO

**Are sexual abuse claims alleged by: John Albritton?** NO

**Are sexual abuse claims alleged by: Thomas Allen?** NO

**Are sexual abuse claims alleged by: Malcolm Allgood?** NO

**Are sexual abuse claims alleged by: John Alvarado?** NO

**Are sexual abuse claims alleged by: Daniel Anderson?** NO

**Are sexual abuse claims alleged by: Bradley Anderson?** NO

**Are sexual abuse claims alleged by: Larry Anderson?** NO

**Are sexual abuse claims alleged by: Winfred Andrews?** NO

**Are sexual abuse claims alleged by: Stephen Andrews?** NO

**Are sexual abuse claims alleged by: David Arens?** NO

**Are sexual abuse claims alleged by: Michael Balls?** NO

Are sexual abuse claims alleged by: James Ashley? NO

Are sexual abuse claims alleged by: Carl Ashline Jr.? NO

Are sexual abuse claims alleged by: Richard Askren? NO

Are sexual abuse claims alleged by: Derrick Austin? NO

Are sexual abuse claims alleged by: Christoph Austin? NO

Are sexual abuse claims alleged by: Jefferey Bailey? NO

Are sexual abuse claims alleged by: Ronald Bailey? NO

Are sexual abuse claims alleged by: Randall Baker? NO

Are sexual abuse claims alleged by: Thomas Baldeschweiler? NO

Are sexual abuse claims alleged by: Rodney Ballard? NO

Are sexual abuse claims alleged by: Robbie Barnett? NO

Are sexual abuse claims alleged by: Clarence Barnett? NO

Are sexual abuse claims alleged by: Arnold Barr? NO

Are sexual abuse claims alleged by: Robert Barry? NO

Are sexual abuse claims alleged by: Paul Barth? NO

Are sexual abuse claims alleged by: Roman Bates? NO

Are sexual abuse claims alleged by: Wayne Bazemore? NO

Are sexual abuse claims alleged by: David Bead? NO

Are sexual abuse claims alleged by: Douglas Beam? NO

Are sexual abuse claims alleged by: Peter Beckwith? NO

Are sexual abuse claims alleged by: Dean Belden? NO

Are sexual abuse claims alleged by: Thomas Beliech? NO

Are sexual abuse claims alleged by: Billy Bell? NO

Are sexual abuse claims alleged by: Neal Bell? NO

Are sexual abuse claims alleged by: James Bell? NO

Are sexual abuse claims alleged by: Brian Bennett? NO

Are sexual abuse claims alleged by: Mark Bergman? NO

Are sexual abuse claims alleged by: Benny Berney? NO

Are sexual abuse claims alleged by: William Berry? NO

Are sexual abuse claims alleged by: Leo Berube? NO

Are sexual abuse claims alleged by: Stanley Best? NO

Are sexual abuse claims alleged by: Percy Bickerstaff? NO

Are sexual abuse claims alleged by: Sam Bilbrew? NO

Are sexual abuse claims alleged by: David Blackwell? NO

Are sexual abuse claims alleged by: Mark Blunt? NO

Are sexual abuse claims alleged by: Rickey Boult? NO

Are sexual abuse claims alleged by: Jack Bow? NO

Are sexual abuse claims alleged by: Dale Boyer? NO

Are sexual abuse claims alleged by: Bruce Branson? NO

Are sexual abuse claims alleged by: Timothy Brewer? NO

Are sexual abuse claims alleged by: Henry Bryant? NO

Are sexual abuse claims alleged by: Gary Bundage? NO

Are sexual abuse claims alleged by: Aaron Burdex? NO

Are sexual abuse claims alleged by: Kim Burke? NO

Are sexual abuse claims alleged by: David Burke? NO

Are sexual abuse claims alleged by: Edward Burress? NO

Are sexual abuse claims alleged by: Kenneth Busby? NO

Are sexual abuse claims alleged by: Leslie Busby? NO

Are sexual abuse claims alleged by: Vernon Butler? NO

Are sexual abuse claims alleged by: James Calano? NO

Are sexual abuse claims alleged by: Arnol Calhoun? NO

Are sexual abuse claims alleged by: David Campbell? NO

Are sexual abuse claims alleged by: Thayer Capt? NO

Are sexual abuse claims alleged by: Edward Carman? NO

Are sexual abuse claims alleged by: William Carpentier? NO

Are sexual abuse claims alleged by: Brian Carpio? NO

Are sexual abuse claims alleged by: Bernard Carr? NO

Are sexual abuse claims alleged by: Harry carter? NO

Are sexual abuse claims alleged by: Eugene Case? NO

Are sexual abuse claims alleged by: James Catalano? NO

Are sexual abuse claims alleged by: Richard Causey? NO

Are sexual abuse claims alleged by: Angelo Centineo? NO

Are sexual abuse claims alleged by: Adam Cetinski? NO

Are sexual abuse claims alleged by: Johnny Chalk? NO

Are sexual abuse claims alleged by: Michael Chappell? NO

Are sexual abuse claims alleged by: James Childress? NO

Are sexual abuse claims alleged by: Dudley Christian? NO

Are sexual abuse claims alleged by: James Chun? NO

Are sexual abuse claims alleged by: James Cicero? NO

Are sexual abuse claims alleged by: James Clemons? NO

Are sexual abuse claims alleged by: Charley Cochran? NO

Are sexual abuse claims alleged by: Robin Coleman? NO

Are sexual abuse claims alleged by: Benjamin Coleman? NO

Are sexual abuse claims alleged by: Charles Conger? NO

Are sexual abuse claims alleged by: Craig Conroy? NO

Are sexual abuse claims alleged by: Eddie Cook? NO

Are sexual abuse claims alleged by: William Cooley? NO

Are sexual abuse claims alleged by: Edward Covington? NO

Are sexual abuse claims alleged by: Darryl W Craus? NO

Are sexual abuse claims alleged by: Victor Crawfoot? NO

Are sexual abuse claims alleged by: Matthew crawford? NO

Are sexual abuse claims alleged by: Stephen Croxford? NO

Are sexual abuse claims alleged by: Timothy cryer? NO

Are sexual abuse claims alleged by: LAddy Culverhouse? NO

Are sexual abuse claims alleged by: Willie Cunningham Jr.? NO

Are sexual abuse claims alleged by: Phil Curran? NO

Are sexual abuse claims alleged by: Byron cyphers? NO

Are sexual abuse claims alleged by: Cary Dannelly? NO

Are sexual abuse claims alleged by: Dwight Dauberman? NO

Are sexual abuse claims alleged by: James Davenport? NO

Are sexual abuse claims alleged by: Warren David? NO

Are sexual abuse claims alleged by: Steven Davis? NO

Are sexual abuse claims alleged by: Carl Degen? NO

Are sexual abuse claims alleged by: George Derk? NO

Are sexual abuse claims alleged by: Michael Diamandis? NO

Are sexual abuse claims alleged by: Martin Diamond? NO

Are sexual abuse claims alleged by: Glenn Dietz? NO

Are sexual abuse claims alleged by: Curtis Duke? NO

Are sexual abuse claims alleged by: David Duncan? NO

Are sexual abuse claims alleged by: Danny Dupre? NO

Are sexual abuse claims alleged by: Richard Dyer? NO

Are sexual abuse claims alleged by: Robert egan? NO

Are sexual abuse claims alleged by: Dennis eggert? NO

Are sexual abuse claims alleged by: Erik Eggins? NO

Are sexual abuse claims alleged by: John esposito? NO

Are sexual abuse claims alleged by: frederick espy? NO

Are sexual abuse claims alleged by: Earl Evans? NO

Are sexual abuse claims alleged by: Clifford Fair? NO

Are sexual abuse claims alleged by: Stephen fangman? NO

Are sexual abuse claims alleged by: Randall farr? NO

Are sexual abuse claims alleged by: Michael ferero? NO

Are sexual abuse claims alleged by: bryan fitzpatrick? NO

Are sexual abuse claims alleged by: Harvey flemmings? NO

Are sexual abuse claims alleged by: Dale fletcher? NO

Are sexual abuse claims alleged by: Robert fogg? NO

Are sexual abuse claims alleged by: jerry ford? NO

Are sexual abuse claims alleged by: roosevelt franklin? NO

Are sexual abuse claims alleged by: freddy fras? NO

Are sexual abuse claims alleged by: hoz Freitag? NO

Are sexual abuse claims alleged by: roy fulmer? NO

Are sexual abuse claims alleged by: Mark fuqua? NO

Are sexual abuse claims alleged by: Jeffery Furr? NO

Are sexual abuse claims alleged by: melvin gage? NO

Are sexual abuse claims alleged by: Stephen garman? NO

Are sexual abuse claims alleged by: gerald gelinas? NO

Are sexual abuse claims alleged by: Steven gerencser? NO

Are sexual abuse claims alleged by: Larry gibbs? NO

Are sexual abuse claims alleged by: Garry gidley? NO

Are sexual abuse claims alleged by: Gary gilby? NO

Are sexual abuse claims alleged by: Dale gilchrist? NO

Are sexual abuse claims alleged by: Richard gillespie? NO

Are sexual abuse claims alleged by: L.B. girdner? NO

Are sexual abuse claims alleged by: John gocek? NO

Are sexual abuse claims alleged by: ABRAHAM GOLDSTEIN? NO

Are sexual abuse claims alleged by: Robert MARES GONZALES? NO

Are sexual abuse claims alleged by: THOMAS GOSLAWSKI? NO

Are sexual abuse claims alleged by: WAYNE GOULD? NO

Are sexual abuse claims alleged by: BENNY GRANT? NO

Are sexual abuse claims alleged by: JAMES GRAY? NO

Are sexual abuse claims alleged by: RODNEY GREEN? NO

Are sexual abuse claims alleged by: John GREENE? NO

Are sexual abuse claims alleged by: EVAN GRENIER? NO

Are sexual abuse claims alleged by: David GREWE? NO

Are sexual abuse claims alleged by: David GRIFFIS? NO

Are sexual abuse claims alleged by: Larry GROSS? NO

Are sexual abuse claims alleged by: JEWEL GRUNDY? NO

Are sexual abuse claims alleged by: HERBERT HAMILTON? NO

Are sexual abuse claims alleged by: MELVIN HARDY? NO

Are sexual abuse claims alleged by: HERMAN HARNED? NO

Are sexual abuse claims alleged by: CARL HARRINGTON? NO

Are sexual abuse claims alleged by: ANTONIO HARRIS? NO

Are sexual abuse claims alleged by: PETER HART? NO

Are sexual abuse claims alleged by: RODNEY HASTIE? NO

Are sexual abuse claims alleged by: RUSSELL HATFIELD? NO

Are sexual abuse claims alleged by: MIKEAL HAWES? NO

Are sexual abuse claims alleged by: John HAWSE? NO

Are sexual abuse claims alleged by: travis HEAD Sr.? NO

Are sexual abuse claims alleged by: GARY HEIDTBRINK? NO

Are sexual abuse claims alleged by: William HERRIN? NO

Are sexual abuse claims alleged by: JAMES HILDERBRANDT? NO

Are sexual abuse claims alleged by: Richard HILL? NO

Are sexual abuse claims alleged by: DONALD HINSON? NO

Are sexual abuse claims alleged by: Jamie HIRSCHBERGER? NO

Are sexual abuse claims alleged by: CHARLES HOAGLAND? NO

Are sexual abuse claims alleged by: Steven HOBBS? NO

Are sexual abuse claims alleged by: CRAIG HOFFMAN? NO

Are sexual abuse claims alleged by: RAY HOH? NO

Are sexual abuse claims alleged by: VERNON HOLLINGSWORTH? NO

Are sexual abuse claims alleged by: KARYN HOLT? NO

Are sexual abuse claims alleged by: Robert HOOS? NO

Are sexual abuse claims alleged by: HAROLD HOPKINS? NO

Are sexual abuse claims alleged by: NEWTON HORNE? NO

Are sexual abuse claims alleged by: WALTER HOUSTON? NO

Are sexual abuse claims alleged by: O.D. HOWARD? NO

Are sexual abuse claims alleged by: Daniel HOWE? NO

Are sexual abuse claims alleged by: Larry HOWELL? NO

Are sexual abuse claims alleged by: BOBBY HUNTER? NO

Are sexual abuse claims alleged by: RONALD ISOM? NO

Are sexual abuse claims alleged by: David JACINTO? NO

Are sexual abuse claims alleged by: CHARLES JACKSON? NO

Are sexual abuse claims alleged by: EDUARDO JAIME? NO

Are sexual abuse claims alleged by: Jeffery JAKELSKI? NO

Are sexual abuse claims alleged by: jerry JAMES? NO

Are sexual abuse claims alleged by: LEROY JAMISON? NO

Are sexual abuse claims alleged by: RODGER JAY? NO

Are sexual abuse claims alleged by: ANDREW JENKINS? NO

Are sexual abuse claims alleged by: Mark JENKINS? NO

Are sexual abuse claims alleged by: Clifford JOHNSON? NO

Are sexual abuse claims alleged by: James k JOHNSON? NO

Are sexual abuse claims alleged by: frederick JOHNSON? NO

Are sexual abuse claims alleged by: David JOHNSON? NO

Are sexual abuse claims alleged by: RANDY JONES? NO

Are sexual abuse claims alleged by: DARRELL Jones? NO

Are sexual abuse claims alleged by: Kenneth JORDAN? NO

Are sexual abuse claims alleged by: Steven JOYNER? NO

Are sexual abuse claims alleged by: SCOTT JUNG? NO

Are sexual abuse claims alleged by: FLAVIO KAKUDA? NO

Are sexual abuse claims alleged by: TONY KAPLAN? NO

Are sexual abuse claims alleged by: Paul KELLEY? NO

Are sexual abuse claims alleged by: Robert KELSO? NO

Are sexual abuse claims alleged by: James KENDRICK? NO

Are sexual abuse claims alleged by: LEONARD KERSHNER? NO

Are sexual abuse claims alleged by: GARY KESLING? NO

Are sexual abuse claims alleged by: David KEY? NO

Are sexual abuse claims alleged by: MICHAEL KEYSER? NO

Are sexual abuse claims alleged by: CHARLES KILLION? NO

Are sexual abuse claims alleged by: James KINDRED? NO

Are sexual abuse claims alleged by: Timothy KINNIRY? NO

Are sexual abuse claims alleged by: Paul KOCHIS? NO

Are sexual abuse claims alleged by: Michael KROSSMAN? NO

Are sexual abuse claims alleged by: James KRZYZANOWICZ? NO

Are sexual abuse claims alleged by: Paul LACHAPELLE? NO

Are sexual abuse claims alleged by: Daniel LADD? NO

Are sexual abuse claims alleged by: frank LAND? NO

Are sexual abuse claims alleged by: David LANDRY? NO

Are sexual abuse claims alleged by: MARTY LANDRY? NO

Are sexual abuse claims alleged by: Paul LANDY? NO

Are sexual abuse claims alleged by: ANTHONY LANE? NO

Are sexual abuse claims alleged by: CARL LARKINS? NO

Are sexual abuse claims alleged by: Christoph LAYTON? NO

Are sexual abuse claims alleged by: JARED LEE? NO

Are sexual abuse claims alleged by: ADRIAN LEE? NO

Are sexual abuse claims alleged by: Edward LESTINA? NO

Are sexual abuse claims alleged by: GREGORY LEUER? NO

Are sexual abuse claims alleged by: James LEWIS? NO

Are sexual abuse claims alleged by: George LIBBEY? NO

Are sexual abuse claims alleged by: Jeffery LINTZ? NO

Are sexual abuse claims alleged by: Larry LOCKETT? NO

Are sexual abuse claims alleged by: TERRY LOGAN? NO

Are sexual abuse claims alleged by: Mark LONG? NO

Are sexual abuse claims alleged by: Earl LOWE? NO

Are sexual abuse claims alleged by: Ricky LUCAS? NO

Are sexual abuse claims alleged by: Larry LUFCY? NO

Are sexual abuse claims alleged by: BUELL LUKER? NO

Are sexual abuse claims alleged by: Brian LUSCHEN? NO

Are sexual abuse claims alleged by: Steven LUSE? NO

Are sexual abuse claims alleged by: NEIL LUSTEY? NO

Are sexual abuse claims alleged by: SCOTT MACARTHUR? NO

Are sexual abuse claims alleged by: John MADIGAN? NO

Are sexual abuse claims alleged by: Michael MARCINIAK? NO

Are sexual abuse claims alleged by: EDWIN MARTIN? NO

Are sexual abuse claims alleged by: Robert MASON? NO

Are sexual abuse claims alleged by: Peter MATHEIS? NO

Are sexual abuse claims alleged by: Robert MATTHEWS? NO

Are sexual abuse claims alleged by: DEVAN MATTOX? NO

Are sexual abuse claims alleged by: John MAULDIN? NO

Are sexual abuse claims alleged by: RONALD MCBEE? NO

Are sexual abuse claims alleged by: FRANCIS MCCARTHY? NO

Are sexual abuse claims alleged by: Brian MCDANIEL? NO

Are sexual abuse claims alleged by: John MCGOWAN? NO

Are sexual abuse claims alleged by: HERBERT MCINTOSH? NO

Are sexual abuse claims alleged by: Edward MCKINLEY? NO

Are sexual abuse claims alleged by: RONALD MCLEOD? NO

Are sexual abuse claims alleged by: Billy MEADOWS? NO

Are sexual abuse claims alleged by: CARLOS MEDINA? NO

Are sexual abuse claims alleged by: CHARLES MERRITT? NO

Are sexual abuse claims alleged by: James METZLER? NO

Are sexual abuse claims alleged by: WALTER MIKELL? NO

Are sexual abuse claims alleged by: CHARLES MILLER? NO

Are sexual abuse claims alleged by: Larry MILLER? NO

Are sexual abuse claims alleged by: John MILNE? NO

Are sexual abuse claims alleged by: John HENRY MIRELES? NO

Are sexual abuse claims alleged by: TERRY MIZE? NO

Are sexual abuse claims alleged by: Robert MOERER? NO

Are sexual abuse claims alleged by: SEAN MONK? NO

Are sexual abuse claims alleged by: Michael MONTANEZ? NO

Are sexual abuse claims alleged by: Thomas MOODY? NO

Are sexual abuse claims alleged by: JOSEPH MOORE? NO

Are sexual abuse claims alleged by: Willie MOORE JR.? NO

Are sexual abuse claims alleged by: GREGORY MOREHEAD? NO

Are sexual abuse claims alleged by: LOUIS MORENO? NO

Are sexual abuse claims alleged by: FERNANDO MORENO-SOPO? NO

Are sexual abuse claims alleged by: CHARLES MORGAN? NO

Are sexual abuse claims alleged by: William MORRIS? NO

Are sexual abuse claims alleged by: EDDIE MORRISON? NO

Are sexual abuse claims alleged by: MICHAEL MUCK? NO

Are sexual abuse claims alleged by: Robert MUELLER? NO

Are sexual abuse claims alleged by: CHARLES MURPHY? NO

Are sexual abuse claims alleged by: TERRY MYLES? NO

Are sexual abuse claims alleged by: JOHANES NAKAMOTO? NO

Are sexual abuse claims alleged by: David NASH? NO

Are sexual abuse claims alleged by: Mark NEIMEIER? NO

Are sexual abuse claims alleged by: RICKIE NEWBOLT? NO

Are sexual abuse claims alleged by: William NEWCOME? NO

Are sexual abuse claims alleged by: DANIEL NIGHTINGALE? NO

Are sexual abuse claims alleged by: EARL NORTHCUTT? NO

Are sexual abuse claims alleged by: Michael ODOM? NO

Are sexual abuse claims alleged by: Richard OFFUTT? NO

Are sexual abuse claims alleged by: John OSTRANDER? NO

Are sexual abuse claims alleged by: jerry OTTO? NO

Are sexual abuse claims alleged by: RONALD OULETTE? NO

Are sexual abuse claims alleged by: DEXTER OWENS? NO

Are sexual abuse claims alleged by: PRESTON OWENS? NO

Are sexual abuse claims alleged by: DANNY OWENS? NO

Are sexual abuse claims alleged by: RANDOLPH PALERMO? NO

Are sexual abuse claims alleged by: LEROY PALMER? NO

Are sexual abuse claims alleged by: GENE PAPPAS? NO

Are sexual abuse claims alleged by: David PARK? NO

Are sexual abuse claims alleged by: Robert PARKER? NO

Are sexual abuse claims alleged by: ROY PARKER? NO

Are sexual abuse claims alleged by: Gary PARROTT? NO

Are sexual abuse claims alleged by: DARRYL PATTERSON? NO

Are sexual abuse claims alleged by: Robert PATTERSON? NO

Are sexual abuse claims alleged by: LUIS PEDROZA? NO

Are sexual abuse claims alleged by: Larry PEOPLES? NO

Are sexual abuse claims alleged by: Larry PETERSON? NO

Are sexual abuse claims alleged by: David PETERSON? NO

Are sexual abuse claims alleged by: LEVESTER PETTIGREW? NO

Are sexual abuse claims alleged by: KEITH PILLICH? NO

Are sexual abuse claims alleged by: Steven PLAUCHE? NO

Are sexual abuse claims alleged by: Martin PORATH? NO

Are sexual abuse claims alleged by: Daniel POTRATZ? NO

Are sexual abuse claims alleged by: ROGER POTTER? NO

Are sexual abuse claims alleged by: DEREK POTTER? NO

Are sexual abuse claims alleged by: fred PREVO? NO

Are sexual abuse claims alleged by: Thomas PRICE? NO

Are sexual abuse claims alleged by: DONNIE PROCTOR? NO

Are sexual abuse claims alleged by: Robert PULLINS? NO

Are sexual abuse claims alleged by: WINFIELD PURCHASE? NO

Are sexual abuse claims alleged by: Richard PUSTKA? NO

Are sexual abuse claims alleged by: JOSE QUEZADA? NO

Are sexual abuse claims alleged by: JEFF RADER? NO

Are sexual abuse claims alleged by: David RADFORD? NO

Are sexual abuse claims alleged by: GARY RAFTER? NO

Are sexual abuse claims alleged by: BEN RAMIREZ? NO

Are sexual abuse claims alleged by: James RANDOLPH? NO

Are sexual abuse claims alleged by: CLAYTON RAPIER? NO

Are sexual abuse claims alleged by: JOSEPH RAYNOR? NO

Are sexual abuse claims alleged by: JOSEPH REIF? NO

Are sexual abuse claims alleged by: STEVEN RESNICK? NO

Are sexual abuse claims alleged by: BARRY RHOADS? NO

Are sexual abuse claims alleged by: Bill RICE? NO

Are sexual abuse claims alleged by: Douglas RICHEY? NO

Are sexual abuse claims alleged by: MELVIN RICHMOND? NO

Are sexual abuse claims alleged by: David RICHMOND? NO

Are sexual abuse claims alleged by: Carl RICOTTA? NO

Are sexual abuse claims alleged by: BENITO RIOS? NO

Are sexual abuse claims alleged by: RONALD ROBISON? NO

Are sexual abuse claims alleged by: Michael RODARMEL? NO

Are sexual abuse claims alleged by: GEORGE ROLLINS? NO

Are sexual abuse claims alleged by: Mark ROLON? NO

Are sexual abuse claims alleged by: Michael ROSLER? NO

Are sexual abuse claims alleged by: JODY ROUP? NO

Are sexual abuse claims alleged by: JUAN SALAS? NO

Are sexual abuse claims alleged by: JOSE SALAZAR? NO

Are sexual abuse claims alleged by: JAMES SALMON? NO

Are sexual abuse claims alleged by: ALEJANDRO SANDOVAL? NO

Are sexual abuse claims alleged by: ANDRE SANFORD? NO

Are sexual abuse claims alleged by: GERALD SASLAW? NO

Are sexual abuse claims alleged by: DOLLIE SAWYER? NO

Are sexual abuse claims alleged by: CLIFFORD SCHAEFER? NO

Are sexual abuse claims alleged by: CLIFFORD SCHEEL? NO

Are sexual abuse claims alleged by: Carl SEXTON? NO

Are sexual abuse claims alleged by: JESSE SHACKLEFORD? NO

Are sexual abuse claims alleged by: THOMAS SHEFCHUNAS? NO

Are sexual abuse claims alleged by: Thomas SHORES? NO

Are sexual abuse claims alleged by: Mark SICKING? NO

Are sexual abuse claims alleged by: ROCKY SILVA? NO

Are sexual abuse claims alleged by: Larry SIMMONS? NO

Are sexual abuse claims alleged by: Robert SIRMANS? NO

Are sexual abuse claims alleged by: William SLEEPER? NO

Are sexual abuse claims alleged by: KEVIN SMITH? NO

Are sexual abuse claims alleged by: David SMITH? NO

Are sexual abuse claims alleged by: jerry SMITH? NO

Are sexual abuse claims alleged by: JAMES r SMITH? NO

Are sexual abuse claims alleged by: IRVIN SMITH? NO

Are sexual abuse claims alleged by: James SMITH? NO

Are sexual abuse claims alleged by: James L SMITH? NO

Are sexual abuse claims alleged by: Daniel SMITH? NO

Are sexual abuse claims alleged by: fredrick SOUZA? NO

Are sexual abuse claims alleged by: TODD SPEERS? NO

Are sexual abuse claims alleged by: Larry SPRIGGS? NO

Are sexual abuse claims alleged by: Mark SPYTEK? NO

Are sexual abuse claims alleged by: MICHAEL STAUFFER? NO

Are sexual abuse claims alleged by: JACKIE STEELMAN? NO

Are sexual abuse claims alleged by: VINCENT STEPHENS? NO

Are sexual abuse claims alleged by: RALPH STEWART? NO

Are sexual abuse claims alleged by: David STINNETT? NO

Are sexual abuse claims alleged by: David L STINNETT? NO

Are sexual abuse claims alleged by: JAY STRACNER? NO

Are sexual abuse claims alleged by: Kenneth STRECK? NO

Are sexual abuse claims alleged by: Stephen STRICKLAND? NO

Are sexual abuse claims alleged by: ELIOTT STURM? NO

Are sexual abuse claims alleged by: LEE SUTTON? NO

Are sexual abuse claims alleged by: CHARLES SWANSON? NO

Are sexual abuse claims alleged by: Gary SWITZER? NO

Are sexual abuse claims alleged by: VINCENT TAGLIERI? NO

Are sexual abuse claims alleged by: DARWYN TAYLOR? NO

Are sexual abuse claims alleged by: John TAYLOR? NO

Are sexual abuse claims alleged by: DONALD TAYLOR? NO

Are sexual abuse claims alleged by: David THACKER? NO

Are sexual abuse claims alleged by: CHARLES THOMAS? NO

Are sexual abuse claims alleged by: David THOMAS? NO

Are sexual abuse claims alleged by: gerald THOMPSON? NO

Are sexual abuse claims alleged by: Michael TILLMAN? NO

Are sexual abuse claims alleged by: DUDLEY TOSSIN? NO

Are sexual abuse claims alleged by: frederick TROMANS JR.? NO

Are sexual abuse claims alleged by: Stanley TRZEBUNIAK? NO

Are sexual abuse claims alleged by: BRENDAN TUCKER? NO

Are sexual abuse claims alleged by: CHARLES TUCKER? NO

Are sexual abuse claims alleged by: Larry TURNER? NO

Are sexual abuse claims alleged by: Andre VALENTINE? NO

Are sexual abuse claims alleged by: James VANSKIVER? NO

Are sexual abuse claims alleged by: Daniel VAUGHAN? NO

Are sexual abuse claims alleged by: ANTHONY VENTI? NO

Are sexual abuse claims alleged by: CHARLES VIDRINE? NO

Are sexual abuse claims alleged by: RONALD WAGNER? NO

Are sexual abuse claims alleged by: CARRINGTO WALDROP II? NO

Are sexual abuse claims alleged by: Paul WALSH? NO

Are sexual abuse claims alleged by: John WALSH? NO

Are sexual abuse claims alleged by: Richard WASHINGTON? NO

Are sexual abuse claims alleged by: David WELCH? NO

Are sexual abuse claims alleged by: Bruce WEST? NO

Are sexual abuse claims alleged by: John WESTERMEYER? NO

Are sexual abuse claims alleged by: John WHITE? NO

Are sexual abuse claims alleged by: Christoph WHITFIELD? NO

Are sexual abuse claims alleged by: BRADFORD WHITSON? NO

Are sexual abuse claims alleged by: ERIK WIENER? NO

Are sexual abuse claims alleged by: Mark WILHELM? NO

Are sexual abuse claims alleged by: Mark WILKINSON? NO

Are sexual abuse claims alleged by: TRACY WILKINSON? NO

Are sexual abuse claims alleged by: TERRY WILKS? NO

Are sexual abuse claims alleged by: Richard WILLIAMS? NO

Are sexual abuse claims alleged by: KELLY WILLIS? NO

Are sexual abuse claims alleged by: WALTER WILLIS? NO

Are sexual abuse claims alleged by: WESLEY WILSEY? NO

Are sexual abuse claims alleged by: Dwight WING? NO

Are sexual abuse claims alleged by: DARRELL WINN? NO

Are sexual abuse claims alleged by: Roderick WOODS? NO

Are sexual abuse claims alleged by: RALPH WOODS? NO

Are sexual abuse claims alleged by: ALLEN WINTERS? NO

Are sexual abuse claims alleged by: WILLIE WOODS? NO

Are sexual abuse claims alleged by: HERBERT YOUNG? NO

Are sexual abuse claims alleged by: EDWIN YUNGLING? NO

Are sexual abuse claims alleged by: LEON ZAIGER? NO

Are sexual abuse claims alleged by: WAYNE ZIMMER? NO

Are sexual abuse claims alleged by: BRENT ZUMBRO? NO

Are sexual abuse claims alleged by: Troy Arnold? NO

Case Caption: BROWN MICHAEL VS THE 3M COMPANY

Case Initiation Date: 02/27/2024

Attorney Name: ALAN TODD FRIEDMAN

Firm Name: BAGOLIE FRIEDMAN LLC

Address: 648 NEWARK AVENUE

JERSEY CITY NJ 07306

Phone: 2016568500

Name of Party: PLAINTIFF : BROWN, MICHAEL

Name of Defendant's Primary Insurance Company

(if known): None

Are sexual abuse claims alleged by: Randell Cooper? NO

Are sexual abuse claims alleged by: William Cooper? NO

---

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
        **If yes, for what language:**

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO
Medical Debt Claim? NO

---

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

02/27/2024
Dated

/s/ ALAN TODD FRIEDMAN
Signed

```
MORRIS COUNTY SUPERIOR COURT
PO BOX 910
MORRISTOWN        NJ 07963

                                 TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (862) 397-5700
COURT HOURS  8:30 AM - 4:30 PM

                    DATE:   FEBRUARY 27, 2024
                    RE:     BROWN MICHAEL  VS THE 3M COMPANY
                    DOCKET: MRS L -000396 24

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

     DISCOVERY IS    450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON STEPHAN C. HANSBURY

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      001
AT:  (862) 397-5700 EXT 75351.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:
                              ATT: ALAN T. FRIEDMAN
                              BAGOLIE FRIEDMAN LLC
                              648 NEWARK AVENUE
                              JERSEY CITY        NJ 07306


ECOURTS
```